**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | **SA15-275M** |
| v. | |
| Nader Salem Elhuzayel DEFENDANT(S). | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A"

1. Date and time of arrest: __5/21/2015 at 4:42__ ☐ AM / ☒ PM

2. Defendant is in lock-up (in this court building) Yes ☒  No ☐

3. Charges under which defendant has been booked:
   __18 U.S.C. § 2339 B · Conspiring to provide material Support to a Foreign Terrorist Organization__

4. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

5. U.S. Citizen: ☒ Yes  ☐ No  ☐ Unknown

6. Interpreter Required: ☒ No  ☐ Yes: _____ (Language)

7. Year of Birth: __1990__

8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.

9. Place of detention (if out-of-district): __N/A__

10. Date detainer placed on defendant: __N/A__

11. This is a reprosecution of previously dismissed charges. (Docket/Case No. __N/A__ )

12. Does the defendant have retained counsel ? ☒ No
    ☐ Yes  Name: _____ and Phone Number: _____

13. Did you notify Pretrial Services? ☐ No
    ☒ If yes, please list Officer's Name: __Erica Pimentel__ Time: __9:00__ ☒ AM / PM

14. Remarks (if any): _____

15. Date: __5/22/2015__   16. Name: __Jason Ghehan__ (Please Print)

17. Agency: __FBI__   18. Signature: _____

19. Office Phone Number: __310-477-6565__

CR-64 (06/09)                    **REPORT COMMENCING CRIMINAL ACTION**