## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

Muhanad Badawi

DEFENDANT(S).

CASE NUMBER:

SA15-275M

REPORT COMMENCING CRIMINAL ACTION

FILED 2015 MAY 22 AM 10: 47

TO:    CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed.  Information not applicable or unknown will be indicated as "N/A".

1.  Date and time of arrest: 5/21/2015 at 5:00    ☐ AM / ☒ PM

2.  Defendant is in lock-up (in this court building)   Yes ☒    No ☐

3.  Charges under which defendant has been booked:
   18 U.S.C. §2339B Conspiring to Provide material Support to a Foreign Terrorist Organization

4.  Offense charged is a: ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

5.  U.S. Citizen: ☒ Yes    ☐ No    ☐ Unknown

6.  Interpreter Required: ☒ No    ☐ Yes: _____ (Language)

7.  Year of Birth: 1990

8.  The defendant is:  ☒ Presently in custody on this charge.
                        ☐ Federal - In custody on another conviction.
                        ☐ State - In custody awaiting trial on these charges.

9.  Place of detention (if out-of-district): N/A

10. Date detainer placed on defendant: N/A

11. This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A    )

12. Does the defendant have retained counsel ?    ☒ No

    ☐ Yes    Name: _____ and Phone Number: _____

13. Did you notify Pretrial Services?    ☐ No

    ☒ If yes, please list Officer's Name: Erika Pimentel    Time: 9:00 ☒ AM / PM

14. Remarks (if any): _____

15. Date: 5/22/2015    16. Name: Thomas Ropel (Please Print)

17. Agency: FBI    18. Signature: _____

19. Office Phone Number: 310-477-6565

CR-64 (06/09)    REPORT COMMENCING CRIMINAL ACTION