# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number **SACR15-00060**

U.S.A. v. MUHANAD ELFATIH M. A. BADAWI

☒ Indictment          ☐ Information

Defendant Number 2

Year of Birth 1990

Investigative Agency (FBI, DEA, etc.) FBI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor     ☐ Minor Offense     ☐ Petty Offense

☐ Class B Misdemeanor     ☐ Class C Misdemeanor     ☒ Felony

b. Date of Offense:  A time unknown to on or about 5/21/15

c. County in which first offense occurred:

Orange County

d. The crimes charged re alleged to have been committed in:

CHECK **ALL** THAT APPLY

☐ Los Angeles          ☐ Ventura

☒ Orange               ☐ Santa Barbara

☐ Riverside            ☐ San Luis Obispo

☐ San Bernardino       ☐ Other _____

Citation of Offense 18 U.S.C. § 2339B

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  ☒ No          ☐ Yes

   If YES    Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a.  arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b.  involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any, **MUST MATCH NOTICE OF RELATED**

**CASE** _____

_____

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: 5/22/2015

   Case Number  SA 15-275M

   Charging  18 U.S.C. § 2339B

_____

The complaint:          ☒ is still pending

          ☐ was dismissed on: _____

### PREVIOUS COUNSEL

Was defendant previously represented:  ☐ No    ☒ Yes

If YES, provide, Name: Katherine T Corrigan

          Phone Number: 949-251-1181

### COMPLEX CASE

   Are there 8 or more defendants in the Indictment/Information?
          ☐ Yes*                    ☒ No
   Will more than 12 days be required to present government's evidence in the case-in-chief:
          ☒ Yes*                    ☐ No
   *AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**          ☐ Yes          ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:

N/A

Case Number _____
The superseded case:

☐ is still pending before Judge/Magistrate Judge

_____

☐ was previously dismissed on _____
Are there 8 or more defendants in the superseding case?
          ☐ Yes*                    ☐ No
Will more than 12 days be required to present government's evidence in case-in-chief?
          ☐ Yes*                    ☐ No

FILED 2015 JUN -3 PM 2:05

CR-72 (06/14)                          CASE SUMMARY                          Page 1 of 2

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?

☒ Yes        ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?     ☐ YES        ☒ NO

If YES, list language and/or dialect:

_____

### OTHER

☒ Male              ☐ Female

☒ U.S. Citizen      ☐ Alien

Alias Name(s) n/a _____

_____

This defendant is charged in:     ☐ All counts

☒ Only counts: 1 and 3

☐ This defendant is designated as "High Risk" per
   18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
   18 USC § 3166(b)(7).

Is defendant a juvenile?     ☐ Yes        ☒ No

If YES, should matter be sealed?   ☐ Yes       ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud      ☐ public corruption

☐ government fraud                  ☐ tax offenses

☐ environmental issues             ☐ mail/wire fraud

☐ narcotics offenses               ☐ immigration offenses

☐ violent crimes/firearms          ☐ corporate fraud

☒ Other Terrorism _____

_____

### CUSTODY STATUS

Defendant is **not** in custody:

a.  Date and time of arrest on complaint: N/A _____

b.  Posted bond at complaint level on: _____

    in the amount of $ _____

a.  PSA supervision:          ☐ Yes        ☐ No

c.  Is on bail or release from another district:

    _____

Defendant is **in** custody:

b.  Place of incarceration:   ☐ State     ☒ Federal

c.  Name of institution: Santa Ana City Jail, Santa Ana, CA

d.  If Federal: U.S. Marshal's Registration Number:

    Reg. no. 69076-112 _____

e.  ☒ Solely on this charge.  Date and time of arrest:

    May 21, 2015, approx. 6:00p.m. _____

f.  On another conviction:    ☐ Yes        ☒ No

    IF YES:   ☐ State    ☐ Federal    ☐ Writ of issue

g.  Awaiting trial on other charges:   ☐ Yes      ☒ No

    IF YES:   ☐ State    ☐ Federal    AND

    Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district

Pursuant to F.R.Cr.P.   _____ 20   _____ 21   _____ 40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

_____

_____

Date: 6/3/2015

Signature of Assistant U.S. Attorney

CELESTE CORLETT
Print Name