**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

Case Number  <u>SA CR 15-00060-DOC</u>

U.S.A. v.  <u>NADER SALEM ELHUZAYEL</u>

☒ Indictment          ☐ Information

Defendant Number  <u>1</u>

Year of Birth  <u>1990</u>

Investigative Agency (FBI, DEA, etc.) <u>FBI</u>

**NOTE: All items are to be completed.  Information not applicable or unknown shall be indicated as "N/A."**

**OFFENSE/VENUE**

a.  Offense charged as a:

☐ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense

☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☒ Felony

b.  Date of Offense:  <u>A time unknown to on or about 5/21/15</u>

c.  County in which first offense occurred:

<u>Orange County</u>

d.  The crimes charged re alleged to have been committed in:

CHECK **ALL** THAT APPLY

☐ Los Angeles        ☐ Ventura

☒ Orange             ☐ Santa Barbara

☐ Riverside          ☐ San Luis Obispo

☐ San Bernardino     ☐ Other _____

Citation of Offense <u>18 U.S.C. § 2339B; 18 U.S.C. §1344; 20 U.S.C. §</u>

<u>1097(a) 18 U.S.C. §2;  18 U.S.C. § 981(a)(1)(C) & 28 U.S.C.§ 2461(c)</u>

**RELATED CASE**

Has an indictment or information involving this defendant and

the same transaction or series of transactions been previously

filed and dismissed before trial?   ☒ No        ☐ Yes

If YES     Case Number _____

Pursuant to General Order 14-03, criminal cases may be related

if a previously filed indictment or information and the present

case:

a.  arise out of the same conspiracy, common scheme,

transaction, series of transactions or events; or

b.  involve one or more defendants in common, and would

entail substantial duplication of labor in pretrial, trial or

sentencing proceedings if heard by different judges.

Related case(s), if any, **MUST MATCH NOTICE OF RELATED**

**CASE** _____

_____

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: <u>5/22/2015</u>

Case Number <u>SA 15-275M</u>

Charging <u>18 U.S.C. § 2339B</u>

_____

The complaint:        ☐ is still pending

☐ was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented:   ☐ No   ☒ Yes

If YES, provide, Name: <u>Cuauhtemoc Ortega & Kelley Munoz</u>
            Phone Number: <u>714 338-4500</u>

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
        ☐ Yes*                    ☒ No

Will more than 12 days be required to present government's
evidence in the case-in-chief:
        ☒ Yes*                    ☐ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED)
OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE
TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS
CHECKED.

**Superseding Indictment/Information**

**IS THIS A NEW DEFENDANT?**        ☐ Yes            ☒ No

This is the ___1st___ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:

<u>June 3, 2015</u>

Case Number <u>SA CR 15-00060-DOC</u>
The superseded case:

☒ is still pending before Judge/Magistrate Judge

<u>David O. Carter</u>
☐ was previously dismissed on _____
Are there 8 or more defendants in the superseding case?
        ☐ Yes*                    ☒ No
Will more than 12 days be required to present government's
evidence in case-in-chief?
        ☒ Yes*                    ☐ No

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?

☒ Yes          ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?          ☐ YES          ☒ NO

If YES, list language and/or dialect:

_____

### OTHER

☒ Male          ☐ Female

☒ U.S. Citizen          ☐ Alien

Alias Name(s) n/a _____

_____

This defendant is charged in:          ☐ All counts

☒ Only counts: 1, 2, 4-29_____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?          ☐ Yes          ☒ No

If YES, should matter be sealed?     ☐ Yes     ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud          ☐ public corruption

☐ government fraud          ☐ tax offenses

☐ environmental issues          ☐ mail/wire fraud

☐ narcotics offenses          ☐ immigration offenses

☐ violent crimes/firearms          ☐ corporate fraud

☒ Other Terrorism _____

_____

### CUSTODY STATUS

Defendant is **not** in custody:

a.  Date and time of arrest on complaint: N/A _____

b.  Posted bond at complaint level on: _____

in the amount of $ _____

a.  PSA supervision:          ☐ Yes          ☐ No

c.  Is on bail or release from another district:

_____

Defendant is **in** custody:

b.  Place of incarceration:     ☐ State     ☒ Federal

c.  Name of institution: Santa Ana City Jail, Santa Ana, CA

d.  If Federal: U.S. Marshal's Registration Number:

Reg. no. 69078-112 _____

e.  ☒ Solely on this charge.  Date and time of arrest:

May 21, 2015, approx. 6:00p.m. _____

f.  On another conviction:     ☐ Yes     ☒ No

IF YES:     ☐ State     ☐ Federal     ☐ Writ of issue

g.  Awaiting trial on other charges:     ☐ Yes     ☒ No

IF YES:     ☐ State     ☐ Federal     AND

Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district

Pursuant to F.R.Cr.P.     _____ 20     _____ 21     _____ 40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

_____

_____

Date: _____

Signature of Assistant U.S. Attorney

CELESTE CORLETT _____

Print Name