# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY



Case Number  SA CR 15-00060-DOC

U.S.A. v.  MUHANAD ELFATIH M. A. BADAWI

☒ Indictment          ☐ Information

Defendant Number  2

Year of Birth  1990

Investigative Agency (FBI, DEA, etc.)  FBI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

**OFFENSE/VENUE**

a.  Offense charged as a:

☐ Class A Misdemeanor    ☐ Minor Offense    ☐ Petty Offense

☐ Class B Misdemeanor    ☐ Class C Misdemeanor    ☒ Felony

b.  Date of Offense:  A time unknown to on or about 5/21/15

c.  County in which first offense occurred:

Orange County

d.  The crimes charged re alleged to have been committed in:

   CHECK **ALL** THAT APPLY

   ☐ Los Angeles          ☐ Ventura
   ☒ Orange               ☐ Santa Barbara
   ☐ Riverside            ☐ San Luis Obispo
   ☐ San Bernardino       ☐ Other _____

Citation of Offense  18 U.S.C. § 2339B; 18 U.S.C. §1344; 20 U.S.C. § 1097(a) 18 U.S.C. §2;  18 U.S.C. § 981(a)(1)(C) & 28 U.S.C.§ 2461(c)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?    ☒ No          ☐ Yes

   If YES    Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a.   arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b.   involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any, **MUST MATCH NOTICE OF RELATED CASE** _____

_____

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on:  5/22/2015

   Case Number  SA 15-275M

   Charging  18 U.S.C. § 2339B

_____

The complaint:        ☐ is still pending

          ☐ was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented:    ☐ No    ☒ Yes

If YES, provide, Name:  Katherine T Corrigan
          Phone Number:  949-251-1181

**COMPLEX CASE**

   Are there 8 or more defendants in the Indictment/Information?
          ☐ Yes*                    ☒ No
   Will more than 12 days be required to present government's evidence in the case-in-chief:
          ☒ Yes*                    ☐ No
   *AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**Superseding Indictment/Information**

**IS THIS A NEW DEFENDANT?**        ☐ Yes        ☒ No

This is the ___1st___ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:

June 3, 2015

Case Number  SA CR 15-00060-DOC
The superseded case:

☒ is still pending before Judge/Magistrate Judge

Judge David O. Carter
☐ was previously dismissed on _____
Are there 8 or more defendants in the superseding case?
          ☐ Yes*                    ☒ No
Will more than 12 days be required to present government's evidence in case-in-chief?
          ☒ Yes*                    ☐ No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?

☒ Yes          ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?      ☐ YES        ☒ NO

If YES, list language and/or dialect:

_____

**OTHER**

☒ Male          ☐ Female

☒ U.S. Citizen      ☐ Alien

Alias Name(s)  n/a _____

_____

This defendant is charged in:      ☐ All counts

☒ Only counts: 1, 3, 30_____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?      ☐ Yes      ☒ No

If YES, should matter be sealed?   ☐ Yes      ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud      ☐ public corruption

☐ government fraud               ☐ tax offenses

☐ environmental issues           ☐ mail/wire fraud

☐ narcotics offenses             ☐ immigration offenses

☐ violent crimes/firearms         ☐ corporate fraud

☒ Other  Terrorism _____

_____

**CUSTODY STATUS**

<u>Defendant is **not** in custody:</u>

a.   Date and time of arrest on complaint:  N/A _____

b.   Posted bond at complaint level on: _____

      in the amount of $ _____

a.   PSA supervision:          ☐ Yes        ☐ No

c.   Is on bail or release from another district:

_____

<u>Defendant is **in** custody:</u>

b.   Place of incarceration:      ☐ State      ☒ Federal

c.   Name of institution:  Santa Ana City Jail, Santa Ana, CA ____

d.   If Federal: U.S. Marshal's Registration Number:

      Reg. no. 69076-112 _____

e.   ☒ Solely on this charge.  Date and time of arrest:

      May 21, 2015, approx. 6:00p.m. _____

f.   On another conviction:      ☐ Yes      ☒ No

      IF YES:      ☐ State      ☐ Federal      ☐ Writ of issue

g.   Awaiting trial on other charges:      ☐ Yes      ☒ No

      IF YES:      ☐ State      ☐ Federal      AND

      Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district

Pursuant to F.R.Cr.P. _____ 20 _____ 21 _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

_____

Date: _____

_____
Signature of Assistant U.S. Attorney

CELESTE CORLETT _____
Print Name