# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES – GENERAL

Case No. SA CR 15-0060-DOC                                   Date: May 17, 2016

Title: UNITED STATES OF AMERICA V. NADER SALEM ELHUZAYEL, ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:
      None Present                                                   None Present

**PROCEEDINGS (IN CHAMBERS):   ORDER RESETTING HEARING DATES**

Hearings for all of the following motions are hereby reset to **Tuesday, May 31, at 8:30 a.m.:**

- Motion in Limine to Exclude Government Experts Braniff and Ahmed (Dkt. 98);

- Motion to Sever Defendants (Dkt. 99);

- Motion in Limine to Exclude Statements Made by Badawi on May 21, 2015 (Dkt. 100);

- Motion to Remove Shackles During Trial (Dkt. 101);

- Motion in Limine to Preclude Right to Exercise Religion Defense (Dkt. 103);

- Motion in Limine to Preclude Challenge to the Validity of the Secretary of State's Designation of the Islamic State or Iraq and the Levant as a Foreign Terrorist Organization (Dkt. 104);

- Motion in Limine to Preclude Questioning on Matters Subject to Law Enforcement Sensitive Qualified Evidentiary Privilege (Dkt. 105);

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES – GENERAL**

Case No. SA CV 15-0060-DOC-2                                  Date: May 17, 2016

Page 2

- Motion in Limine to Preclude Mental Condition Evidence (Dkt. 106); and
- Motion in Limine to Preclude Defendants From Introducing Their Own Hearsay Statements (Dkt. 115).

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                    Initials of Deputy Clerk: djg
CIVIL-GEN