# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACR 15-0060-DOC |
| Date | May 31, 2016 |

Present: The Honorable   David O. Carter, U.S. District Judge

Interpreter   None

| Deborah Goltz | Deborah Parker / Deborah Hino-Spaan | Judith A. Heinz / Deirdre Z. Eliot / Julius Nam |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Nader Salem Elhuzayel | X | X | | Pal A. Lengel-Leahu | X | | X |
| Muhanad Elfaith M. A. Badawi | X | X | | Kate Corrigan | X | X | |

**PROCEEDING:** MOTION IN LIMINE TO EXCLUDE GOVERNMENT EXPERTS BRANIFF AND AHMED [98]
MOTION TO SEVER DEFENDANT [99]
MOTION TO EXCLUDE STATEMENTS OF DEFENDANT BADAWI DURING INTERROGATION BY AGENTS ON MAY 21, 2015 [100]
MOTION TO REMOVE SHACKLES DURING TRIAL [101]
GOVERNMENT'S MOTION IN LIMINE NO. 1: MOTION IN LIMINE TO PRECLUDE RIGHT TO EXERCISE RELIGION DEFENSE [103]
GOVERNMENT'S MOTION IN LIMINE NO. 2: MOTION IN LIMINE TO PRECLUDE CHALLENGE TO THE VALIDITY OF THE SECRETARY OF STATE'S DESIGNATION OF THE ISLAMIC STATE OF IRAQ AND THE LEVANT AS A FOREIGN TERRORIST ORGANIZATION [104]
GOVERNMENT'S MOTION IN LIMINE NO. 3: MOTION IN LIMINE TO PRECLUDE QUESTIONING ON MATTERS SUBJECT TO LAW ENFORCMEENT SENSITVE QUALIFIED EVIDENTIARY PRIVILEGE [105]
GOVERNMENT'S MOTION IN LIMINE NO. 4: MOTION IN LIMINE TO PRECLUDE MENTAL CONDITION EVIDENCE [106]
GOVERNMENT'S MOTION IN LIMINE NO. 5: MOTION IN LIMINE TO PRECLUDE DEFENDANTS FROM INTRODUCING THEIR OWN HEARSAY STATEMENTS [115]

     The Court heard oral argument on the Motion in Limine to Exclude Government Experts Braniff and Ahmed [98]; Motion to Sever [99]; Motion to Exclude Statements of Defendant Badawi During Interrogation by Agents on May 21, 2015 [100]; Motion to Remove Shackles During Trial [101]; Government's Motion in Limine No. 1: Motion in Limine to Preclude Right to Exercise Religion Defense [103]; Government's Motion

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

in Limine No. 2: Motion in Limine to Preclude Challenge to the Validity of the Secretary of State's Designation of the Islamic State of Iraq and the Levant as a Foreign Terrorist Organization [104]; Government's Motion in Limine No. 3: Motion in Limine to Preclude Questioning on Matters Subject to Law Enforcement Sensitive Qualified Evidentiary Privilege [105]; Government Motion in Limine No. 4: Motion to Preclude Mental Condition Evidence [106]; and Government's Motion in Limine No. 5 Motion in Limine to Preclude Defendants from Introducing Their Own Hearsay Statements [115].

For the reasons stated on the record, the Motion to Sever [99] is DENIED.

Santa Ana jail medical personnel and Marshal Marcelino Hazelwood updated the Court with regard to Defendant Badawi's health.

4 : 40

Initials of Deputy Clerk   djg