EILEEN M. DECKER
United States Attorney
PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Litigation Counsel, National Security Division
JULIUS J. NAM (Cal. Bar No. 288961)
Assistant United States Attorney
General Crimes Section
     1500/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7280/4491
     Facsimile: (213) 894-7631/0141
     E-mail:   judith.heinz@usdoj.gov
     E-mail:   julius.nam@usdoj.gov
DEIRDRE Z. ELIOT (Cal. Bar No. 145007)
Assistant United States Attorney
Terrorism and Export Crimes Section
     8000 United States Courthouse
     411 West Fourth Street
     Santa Ana, California 92701
     Telephone: (714) 338-3599
     Facsimile: (714) 338-3564
     E-mail:   deirdre.eliot@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SA CR 15-00060(A)-DOC-2 |
|---|---|
| Plaintiff, | **VERDICT FORM FOR DEFENDANT MUHANAD ELFATIH M. A. BADAWI** |
| v. | |
| NADER SALEM ELHUZAYEL and MUHANAD ELFATIH M. A. BADAWI, | |
| Defendants. | |

## COUNT ONE

**(Conspiracy to Provide Material Support and Resources to a Designated Foreign Terrorist Organization – 18 U.S.C. § 2339B)**

With respect to the offense charged in Count One of the Indictment, we, the Jury, in the above-entitled action, hereby unanimously FIND defendant Muhanad Elfatih M. A. Badawi (*check one*):

\_\_\_\_\_    GUILTY                          \_\_\_\_\_    NOT GUILTY

## COUNT THREE

**(Aiding and Abetting an Attempt to Provide Material Support and Resources to a Designated Foreign Terrorist Organization – 18 U.S.C. §§ 2339B, 2)**

With respect to the offense charged in Count Three of the Indictment, we, the Jury, in the above-entitled action, hereby unanimously FIND defendant Muhanad Elfatih M. A. Badawi (*check one*):

\_\_\_\_\_    GUILTY                          \_\_\_\_\_    NOT GUILTY

2

## **COUNT THIRTY**

### **(Financial Aid Fraud – 20 U.S.C. § 1097(a))**

With respect to the offense charged in Count Thirty of the Indictment, we, the Jury, in the above-entitled action, hereby unanimously FIND defendant Muhanad Elfatih M. A. Badawi (*check one*):

\_\_\_\_\_   GUILTY                    \_\_\_\_\_   NOT GUILTY

DATED: _____, 2016, at Santa Ana, California.

_____

FOREPERSON OF THE JURY

3