FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 1 2016

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 1) NADER SALEM ELHUZAYEL, <br><br> Defendant. | Case No. SA CR 15-0060-DOC <br><br> REDACTED VERDICT FORM |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>NADER SALEM ELHUZAYEL and<br>MUHANAD ELFATIH M. A. BADAWI,<br><br>          Defendants. | No. SA CR 15-00060(A)-DOC-1<br><br>**VERDICT FORM FOR DEFENDANT<br>NADER SALEM ELHUZAYEL** |

## COUNT ONE

**(Conspiracy to Provide Material Support and Resources to a Designated Foreign Terrorist Organization – 18 U.S.C. § 2339B)**

With respect to the offense charged in Count One of the Indictment, we, the Jury, in the above-entitled action, hereby unanimously FIND defendant Nader Salem Elhuzayel (*check one*):

✓  GUILTY                          _____  NOT GUILTY

## COUNT TWO

**(Attempting to Provide Material Support and Resources to a Designated Foreign Terrorist Organization – 18 U.S.C. § 2339B)**

With respect to the offense charged in Count Two of the Indictment, we, the Jury, in the above-entitled action, hereby unanimously FIND defendant Nader Salem Elhuzayel (*check one*):

✓  GUILTY                          _____  NOT GUILTY

2

<u>**COUNTS FOUR THROUGH TWENTY-NINE**</u>

**(Bank Fraud - 18 U.S.C. §§ 1344, 2)**

With respect to the offenses charged in Counts Four through Twenty-Nine of the Indictment, we, the Jury, in the above-entitled action, hereby unanimously FIND defendant Nader Salem Elhuzayel (*check one*):

As to Count Four:        ✓     GUILTY         _____     NOT GUILTY

As to Count Five:        ✓     GUILTY         _____     NOT GUILTY

As to Count Six:         ✓     GUILTY         _____     NOT GUILTY

As to Count Seven:       ✓     GUILTY         _____     NOT GUILTY

As to Count Eight:       ✓     GUILTY         _____     NOT GUILTY

As to Count Nine:        ✓     GUILTY         _____     NOT GUILTY

As to Count Ten:         ✓     GUILTY         _____     NOT GUILTY

As to Count Eleven:      ✓     GUILTY         _____     NOT GUILTY

As to Count Twelve:      ✓     GUILTY         _____     NOT GUILTY

As to Count Thirteen:    ✓     GUILTY         _____     NOT GUILTY

As to Count Fourteen:    ✓     GUILTY         _____     NOT GUILTY

As to Count Fifteen:     ✓     GUILTY         _____     NOT GUILTY

As to Count Sixteen:     ✓     GUILTY         _____     NOT GUILTY

As to Count Seventeen:   ✓     GUILTY         _____     NOT GUILTY

As to Count Eighteen:    ✓     GUILTY         _____     NOT GUILTY

As to Count Nineteen:    ✓     GUILTY         _____     NOT GUILTY

(continued on next page)

3

As to Count Twenty:          ✓  GUILTY    _____  NOT GUILTY

As to Count Twenty-One:      ✓  GUILTY    _____  NOT GUILTY

As to Count Twenty-Two:      ✓  GUILTY    _____  NOT GUILTY

As to Count Twenty-Three:    ✓  GUILTY    _____  NOT GUILTY

As to Count Twenty-Four:     ✓  GUILTY    _____  NOT GUILTY

As to Count Twenty-Five:     ✓  GUILTY    _____  NOT GUILTY

As to Count Twenty-Six:      ✓  GUILTY    _____  NOT GUILTY

As to Count Twenty-Seven:    ✓  GUILTY    _____  NOT GUILTY

As to Count Twenty-Eight:    ✓  GUILTY    _____  NOT GUILTY

As to Count Twenty-Nine:     ✓  GUILTY    _____  NOT GUILTY

DATED: 6/21/16, 2016, at Santa Ana, California.

REDACTED

FOREPERSON OF THE JURY

4