

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 1 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>2) MUHANAD ELFAITH M. A. BADAWI,<br><br>Defendant. | Case No.  SA CR 15-0060-DOC<br><br>REDACTED VERDICT FORM |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>NADER SALEM ELHUZAYEL and<br>MUHANAD ELFATIH M. A. BADAWI,<br><br>        Defendants. | No. SA CR 15-00060(A)-DOC-2<br><br>**VERDICT FORM FOR DEFENDANT<br>MUHANAD ELFATIH M. A. BADAWI** |

## COUNT ONE

**(Conspiracy to Provide Material Support and Resources to a Designated Foreign Terrorist Organization - 18 U.S.C. § 2339B)**

With respect to the offense charged in Count One of the Indictment, we, the Jury, in the above-entitled action, hereby unanimously FIND defendant Muhanad Elfatih M. A. Badawi (*check one*):

✓ GUILTY          _____ NOT GUILTY

## COUNT THREE

**(Aiding and Abetting an Attempt to Provide Material Support and Resources to a Designated Foreign Terrorist Organization - 18 U.S.C. §§ 2339B, 2)**

With respect to the offense charged in Count Three of the Indictment, we, the Jury, in the above-entitled action, hereby unanimously FIND defendant Muhanad Elfatih M. A. Badawi (*check one*):

✓ GUILTY          _____ NOT GUILTY

2

## COUNT THIRTY

### (Financial Aid Fraud - 20 U.S.C. § 1097(a))

With respect to the offense charged in Count Thirty of the Indictment, we, the Jury, in the above-entitled action, hereby unanimously FIND defendant Muhanad Elfatih M. A. Badawi (*check one*):

√ GUILTY          _____   NOT GUILTY

DATED: 6/21/16 , 2016, at Santa Ana, California.

REDACTED

FOREPERSON OF THE JURY

3