FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 21 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA CR 15-0060-DOC |
| Plaintiff, | DEFENDANTS' EXHIBIT LIST |
| v. | |
| 1) NADER SALEM ELHUZAYEL,<br>2) MUHANAD ELFATIH M. A. BADAWI, | |
| Defendants. | |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
DEFENDANTS' EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|----------|-------------|--------|----------|
| A | Badawi - Photo of 2 Envelopes of Cash | 6/15/16 | 6/15/16 |
| B | Badawi - Photo of Envelopes | 6/15/16 | 6/15/16 |
| C | Badawi - Photo of 2 Envelope and Cash | 6/15/16 | 6/15/16 |
| D | Badawi - Photo of Cash | 6/15/16 | 6/15/16 |
| E | Elhuzayel - Page 354 of Booklet Country Reports on Terrorism 2014 | 6/15/16 | 6/15/16 |

ATTORNEY FOR PLAINTIFF:

_____
JUDITH A. HEINZ, AUSA

ATTORNEY FOR DEFENDANT ELHUZAYEL:

_____
PAL A. LENGYEL-LEAHU, RETAINED

ATTORNEY FOR DEFENDANT BADAWI:

_____
KATHERINE CORRIGAN, CJA

1