**Bank Fraud Sentence Chart**

Cases in 2014

| Number | Name | Sentence length | Description of charges |
|---|---|---|---|
| 1 | Eva Barraso | 2.25 yrs. in prison; Barroso was also ordered to pay a criminal forfeiture money judgment in the amount of $238,177 to Oklahoma Central Credit Union (OCCU) and restitution in the amount of $57,360 to the Internal Revenue Service | At the time of the scheme, Barroso worked as a commercial services manager for OCCU where her duties included marketing and servicing commercial loans. According to court documents, from July 2, 2009 to March 19, 2012, Barroso fabricated at least three false loans in the name of nominee entities and individuals without the knowledge and authorization of the purported borrower. Barroso used the proceeds of these loans for her own personal benefit, including making ATM withdrawals at various casinos. To further the scheme, Barroso used some of the money to make payments on prior loans. In addition, during the 2010 calendar year, Barroso willfully evaded a large part of her income tax by failing to report to the IRS a total of $152,098, which was the money she fraudulently obtained from the scheme. |
| 2 | Eduardo Hernandez, Jr. | 5 yrs. in prison; five years supervised release and ordered to pay joint and several restitution of $1,331,421. | All of the defendants pleaded guilty to one count of conspiracy to commit bank fraud. According to court documents, the defendants recruited individuals to apply for loans from financial institutions for the purchase of boats from the boat manufacturing companies owned by the conspirators. The conspirators furnished the recruited loan applicants with fraudulent bills of sale that falsely showed that the borrowers had made substantial down payments or deposits to the boat manufacturing companies for the purchase of boats. In many instances, the boats for which the loan applicants were seeking loans did not exist. The conspirators created false financial documents, which falsely enhanced the credit worthiness of the loan applicants. The financial institutions granted boat loans to the borrowers that the financial institutions would not have granted had they not received the false documents. |
| 2A | Jose Arias | 3.5 yrs. in prison; ive years of supervised release and ordered to pay joint and several restitution of $332,020. | See above |
| 2B | Alexander Orriols | 2.83 yrs. in prison; five years of supervised release and ordered to pay joint and several restitution of $614,499 | See above |
| 2C | Milena Hernandez | 1.5 yrs. in prison; three years of supervised release and ordered to pay joint and several restitution of $529,705. | See above |

| 3 | Walter Scott Fox | 12 yrs. in prison; three years of supervised release and ordered to pay over $9,500,000 in restitution. | Fox pleaded guilty on Feb. 4, 2014 to bank fraud and tax evasion. According to court documents, from 1995 until 2011, Fox used his position as a bank loan officer to originate or authorize over $14,000,000 in fraudulent loans and lines of credit using the identities of four real individuals, without their knowledge or consent. He used over $5,800,000 of the fraudulent proceeds to keep the loans current and prevent the detection of his scheme. He used almost $8,200,000 for personal expenses including to pay for his children's educations and family vacations, and to support his business, "The Boathouse." Fox failed to report receiving any of this income to the IRS. |
| 4 | Glen McInerney | 3.41 yrs. in prison; three years of supervised release, and ordered to pay $845,083 in restitution to the three victims of his crimes. | McInerney previously pleaded guilty to two counts of bank fraud, one count of money laundering and one count of wire fraud. According to court documents, McInerney owned and operated GM Motors and Used Cars (GM Motors). Between May 2, 2009, and June 20, 2009, McInerney wrote checks to straw payees to cash the checks and return the cash to him so that he could deposit portions of the proceeds back into the business bank account. McInerney timed the cash deposits to occur prior to account debits, which lead to the straw payees cashing checks that he knew would ultimately bounce. In total, McInerney wrote 288 such checks, resulting in a loss to the bank of approximately $17,000. Separately, between Dec. 29, 2008, and Jan. 7, 2009, McInerney also defrauded Gulf Coast Bank & Trust by negotiating six checks purportedly drawn on funds from a bank account at Twin City Federal National Bank in Minneapolis, Minnesota. McInerney knew that the Twin City Federal National Bank account had been closed since July 30, 2007, that the account belonged to someone other than himself and he no longer had authority or control over the account. These actions caused a loss to Gulf Coast Bank & Trust of approximately $28,083. Finally, between Jan. 3, 2007, and Dec. 15, 2008, McInerney defrauded an individual who had provided him with collateral for a short-term business loan by falsely representing that he had purchased used trailers from the Federal Emergency Management Agency that he intended to resell, when, in fact, he did not purchase such trailers. McInerney's fraudulent misrepresentations caused the individual who loaned him the money to suffer losses of approximately $800,000. |
| 5 | Matthew D. Spillman | 2.5 yrs. in prison and ordered to pay $413,904 in restitution. | On Oct. 11, 2013, Spillman pleaded guilty to bank fraud and money laundering. According to court documents, Spillman caused the bank to grant loans in nominee names, and kept the loan proceeds for himself. He also added debt to loans without the borrowers' knowledge, and converted the additional funds to his own use. He advanced funds on bank customers' lines of credit, and converted those funds to his own use. Spillman used a bank credit card for |

| | | | personal expenses. He embezzled and converted to his own use loan payments made by bank customers. Spillman also caused the bank to issue cashier's checks without depositing funds to cover those checks. |
|---|---|---|---|
| 6 | Bonny Jean Carter | 2.75 yrs. in prison and ordered to pay $37,200 to a bank and $949,287 to its insurance company, Zurich Financial and Security. | Carter pleaded guilty in December 2013 to one count each of bank fraud and money laundering. According to court documents, Carter worked as an account clerk at the Sylacauga branch of a bank. In that position, between June 2004 and March 2013, she embezzled from the bank by converting money to personal savings accounts. Carter recorded journal entries to transfer money from various bank general ledger accounts into personal accounts held in her daughter's name. She also skimmed amounts from checks made payable to the bank by depositing the funds into those personal accounts. Additionally, Carter issued debit transactions from the bank's operating expense account to pay personal debts she owed. |
| 7 | James Olivos | 5 yrs. in prison and ordered to pay a $2,866,121 money judgment. | Olivos pleaded guilty on September 18, 2013 to bank fraud and money laundering. According to court documents, between March 2003 and November 2007, Olivos engaged in a scheme wherein he recruited "straw purchasers" to purchase expensive homes, which they could not afford. Olivos prepared loan applications for these straw purchasers, which grossly overstated their incomes and gave false employment histories.  Additionally, these applications stated that these homes would be used as primary residences, but Olivos had actually told these buyers that the homes would be investments and that he would find renters to cover the mortgage payments.  Further, in order to increase his profits, Olivos convinced the sellers of the homes to inflate the sales prices by stating additional money would be necessary for home improvement.  Olivos would then split the proceeds of the sales with the sellers.  As a result of this fraud, Olivos caused a total loss to the lenders of approximately $3.2 million dollars. |
| 8 | Peter M. Cicero | 4.5 yrs. in prison and five years of supervised release and ordered to pay $3,632,298 in restitution to various victim companies. | Cicero previously pleaded guilty to bank fraud and money laundering. According to court documents, Cicero participated in several fraud schemes. Cicero defrauded one bank in connection with the $1.8 million loan made to fund Cicero's $3.3 million purchase of certain companies associated with closing real estate transactions. Cicero defrauded that bank by overstating the true sales price of the companies, falsely representing that sources outside of the closing companies would make substantial payment toward the purchase of the companies, when, in fact, Cicero took money from the very companies that he was purchasing to fund the purchase. Cicero submitted a forged subordination agreement to the bank and received $500,000 back from the seller of the companies after the closing, which represented an overstatement of the sales price. In separate schemes, Cicero caused the submission of fraudulent loan |

| | | | applications and other documents to lenders to obtain loan collateralized by real estate. Cicero committed money laundering by causing a wire transfer of some of the proceeds of the mortgage fraud scheme to an account at another bank. Cicero also committed bankruptcy fraud by concealing money and jewelry in connection with his bankruptcy filings, and access device fraud by using a credit card without authorization. |

2015

| | | | |
|---|---|---|---|
| 1 | Pedro Benevides | 9 yrs. in prison and ordered to forfeit $44,059,565, including several bank accounts containing approximately $40 million in cash and two exotic sports cars. In addition, Benevides was also ordered to pay full restitution to the financial institutions that were the victims of his offense. | According to court documents, from about 2005 through September 2008, Benevides obtained 20 commercial and residential loans and lines of credit from several federally insured financial institutions. Benevides obtained the fraudulent loans by providing the financial institutions with documents that, among other things, contained false information concerning his income and assets or the business that he used to obtain the loans and lines of credit. Once he received the loans, Benevides used the fraudulently obtained funds for his own purposes, including paying the interest and principal on other, earlier loans that he had obtained in order to continue the fraudulent scheme, paying business expenses, paying the other co-conspirators involved in the scheme, and funding living expenses for himself and his family. |
| 2 | Kelly Yawn | 3.41 yrs. in prison and ordered to pay $628,539 in restitution to the fraud victims and $139,865 to the IRS. | On Jan. 6, 2015, Yawn pleaded guilty to bank fraud and filing false tax returns. According to court documents, between February 2008 and November 2011, while employed by a federal credit union Yawn accessed the credit union's computer system to prevent electronic transactions (ACH) and written share drafts from posting to her account. Using that scheme, Yawn was able to misdirect for her own benefit more than 900 share drafts and more than 1200 ACH transactions, totaling more than $499,000 that were paid from credit union funds. Yawn took additional actions to cover up the transactions so that they would not be discovered by the credit union or outside auditors by posting fraudulent deposits to credit union accounts. Yawn also filed federal income tax returns for 2008 through 2011 and failed to include the money she received from the scheme on her federal tax returns as income in those years. |
| 4 | Joesph Grecco | 2.5 yrs. in prison and three years of supervised release. | Grecco pleaded guilty on March 12, 2014 to conspiracy to commit bank fraud. On Jan. 8, 2015, Ronald Doerrer, of Kure Beach, North Carolina, was sentenced to 18 months in prison and three years of supervised release. On Aug. 8, 2014, Edward A. Yates, of Wilmington, North Carolina, was sentenced to 12 months and one day in prison and three years of supervised release. A fourth co-defendant, and leader of the conspiracy, Ronald Hayden Kotler, remains at |

| | | | |
|---|---|---|---|
| | | | large. According to court documents, Kotler and Doerrer operated a company, Commercial Loan Solutions (CLS) from 2006 to 2009. CLS offered its services as a broker to provide bank financing for individuals and companies, in exchange for hefty fees, ranging from 15% to 25% of the loan amount. As part of the conspiracy, Kotler and Doerrer helped clients to falsify loan applications by submitting false tax returns, and vastly inflating these individuals' business income and assets. The scheme involved obtaining money, funds, credits, and other things of value from financial institutions by providing them with materially false information and making fraudulent representations and promises. These financial institutions suffered losses in excess of $4,500,000 as a result of the scheme. |
| 5 | Christian Peterson | 7 yrs. in prison and ordered to pay $816,168 in restitution to Greenwoods State Bank following his convictions for bank fraud, money laundering and making false statements to banks. | Peterson was convicted by jury trial in May 2014. According to evidence given at the trial, between 2006-2007, Peterson committed two acts of bank fraud and made false statements to banks by lying to M&I Bank about the purpose of a wire transfer of funds taken from Maverick, Inc.'s $6.25 million business line of credit to a casino in Las Vegas, and by lying to Greenwoods State Bank in Lake Mills, Wisconsin, about the purpose of a $1.1 million loan for real estate development in Fitchburg. In addition to his convictions for bank fraud, money laundering and making false statements to banks, Peterson was convicted of stealing his former employees' 401(k) account funds and using the money to pay his former wife $7,500 in alimony and to lend himself $10,000. |

2016:

| | | | |
|---|---|---|---|
| 1 | Rosa E. Castrillon-Sanchez | 13.25 yrs. in prison, three years of supervised release and ordered to pay $5 million in restitution to victims of her scheme. | Castrillón-Sánchez pleaded guilty Dec. 13, 2013, to conspiracy to commit bank fraud and wire fraud and aggravated identity theft. According to court documents, Castrillón-Sánchez falsely represented that she was the beneficiary to a Certificate of Deposit ("CD") or trust for a large amount of money that was frozen at a local bank in Puerto Rico. Castrillón-Sánchez would request that an individual provide her with a sum of money or take out a personal loan to assist in the releasing of the funds – with full repayment promised as soon as the CD was unfrozen. As part of the scheme, Castrillón-Sánchez and other co-conspirators used false documents to obtain some of the loans from local banks and distributed payments to individuals. From April 2005 to March 2010, Castrillón-Sánchez and her co-conspirators fraudulently induced over 90 individuals to loan her over $5,000,000 in cash. Castrillón-Sánchez's conspired with her mother, Rosa Sanchez Mercado, Jorge Rivera Izquierdo, and others to use proceeds from the fraudulent scheme. Izquierdo was sentenced for money laundering on April 27, 2015, to 42 months |

| | | | |
|---|---|---|---|
| | | | in prison and was ordered to pay restitution of $201,503. Co-defendants Carmen Sosa Barreto, Luis Roriguez Barreto, Limarie Amalbert Birriell, Amarilys Pagan Estrella, and Noemi Delgado were sentenced to probation. Sanchez Mercado is scheduled to be sentenced. |
| 2 | Michael R. Ussery | 2 yrs. in prison and ordered to pay $1.3 million in restitution to the victim bank. | On Oct. 30, 2015, Ussery was convicted at trial of 12 counts of bank fraud. According to court documents, in 2007, Ussery was building a $1.6 million home for himself in Bois D'Arc. A bank agreed to provide a $1.6 million construction loan to build the residence; $1.15 million was used to pay off the previous bank which had financed the construction of the residence up to that point, and the remaining $450,000 was supposed to have gone to completing the construction of the residence. When work was done on the house, Ussery was supposed to obtain an invoice and a lien waiver from the contractors and submit these documents to the bank, which would then make a disbursement of the amount owed to Ussery's personal bank account. From May 29 to June 25, 2007, a dozen false invoices and lien waivers were submitted to the bank and, as a result, the bank deposited $315,417 into Ussery's personal bank account. Ussery eventually stopped construction on the Bois D'Arc property and the bank had to foreclose on the loan. The bank took a $782,349 loss after the sale of the property with its partially finished house. The bank also paid a total of $103,257 to settle mechanic liens placed on the residence by the contractors that Ussery claimed he had paid in the false lien waivers. Ussery filed for bankruptcy relief in 2011. |
| 3 | Carolyn Marie Jones | 6.58 yrs. in prison and ordered to pay $15,124,100 in restitution to individual investors and Union Bank of California. | Jones pleaded guilty in February to bank fraud and concealing assets in a bankruptcy proceeding. According to court documents, Jones was the chief executive officer of a high-end jean company, DDI (sometimes known as Diamond Decisions, Inc.), which sold jeans under the labels Privacywear and PRVCY Premium. Jones filed a fraudulent loan application which resulted in Union Bank issuing an $8.5 million line of credit (later increased to $15 million) to Jones in late 2008. However, Jones had filed a fraudulent loan application that used another person's social security number, bogus tax returns that had never been filed with the IRS and false financial statements for DDI that grossly overstated the company's profits. Jones defaulted on the loan and filed Chapter 11 bankruptcy. Jones lied to the bankruptcy trustee, concealed DDI assets, specifically about $120,000 that she had received from DDI customers, and spent some of the money on herself. |
| 4 | Vahag Stepanyan | 2.75 yrs. in prison | According to court documents, Stepanyan was a leader of a sophisticated bank fraud scheme. Stepanyan guided other co-conspirators in the creation of fictitious business entities in Nevada that were used to set up bank accounts. Stepanyan and other co-conspirators |

| | | | |
|---|---|---|---|
| | | | then engaged in a series of bank transactions that allowed co-conspirators to withdraw recently deposited funds from the bank accounts before the bank learned that the accounts did not have sufficient funds to cover the withdrawals. The scheme resulted in a loss of $689,000 to the bank. In a separate scheme to defraud the IRS, Stepanyan cashed checks drawn on accounts that had received fraudulent tax refunds. This scheme resulted in millions of dollars in fraudulent claims for tax refunds. |
| 5 | Salvatore Leone | 367 days in prison, three years of supervised release and ordered to pay $784,568 in restitution to the Wilmington Trust Company. | On Oct. 7, 2013, Leone pleaded guilty to conspiracy to commit bank fraud. According to court documents, Leone was a project manager for and partner with a prominent developer in several limited liability companies formed for the purpose of developing real estate in or around Dover, Delaware. Between Sept. 24, 2007 and Feb. 27, 2009, Leone and others submitted, or caused to be submitted, false draw requests to Wilmington Trust Company totaling approximately $483,568,000. In addition, Leone misappropriated an escalated lease payment totaling $260,000. |