

# Examples of Financial Institution Fraud Investigations - Fiscal Year 2014

The following examples of financial institution fraud investigations are written from public record documents on file in the courts within the judicial district where the cases were prosecuted.

### North Carolina Man Sentenced for Role in a Mortgage Fraud Scheme

On Sept. 23, 2014, in Charlotte, North Carolina, Jimmy Hitchcock, a former NFL football player, was sentenced to 46 months in prison and two years of supervised release. Hitchock pleaded guilty in June 2013 to mortgage fraud conspiracy, bank bribery conspiracy and money laundering conspiracy. According to court documents, Hitchcock was the leader of a mortgage fraud conspiracy and engaged in a sophisticated scheme to create false documents. Hitchcock recruited a bank insider to assist in the fraud and paid her bribes to provide bogus verifications. Hitchcock is the fourth in this conspiracy to be sentenced. The others who have been sentenced as part of this conspiracy include Christopher T. Belin, Mitzi Jackson and Coley Scagliarini.

### Pennsylvania Man Sentenced In Multi-Million Dollar Mortgage Fraud Scheme

On Aug.15, 2014, in Philadelphia, Pennsylvania, Eric Ponder, of Yeadon, was sentenced to 150 months in prison, five years supervised release and ordered to pay restitution of $3,574,401. Ponder previously pleaded guilty to conspiracy to commit loan and wire fraud, loan fraud, and wire fraud. According to court documents, Ponder participated in a mortgage fraud conspiracy involving more than 100 Philadelphia properties and more than $20 million in fraudulent loan proceeds. Ponder received approximately $1 million through his participation in the scheme. Ponder, who held himself out as a real estate developer, helped to cause the submission of numerous fraudulent loan applications that resulted in mortgages being unwittingly issued by various banks. The conspiracy also included grossly inflated appraisals, false title insurance policies, false receipts for home repairs that were never performed, and straw buyers who knowingly allowed their names and identities to be used to purchase the properties and defraud the banks. Most of the mortgages were unpaid and most of the properties fell into foreclosure.

### Former Credit Union Manager Sentenced for Bank Fraud and Tax Evasion

On Aug. 12, 2014, in Tulsa, Oklahoma, Eva Barroso, of Broken Arrow, was sentenced to 27 months in prison for bank fraud and tax evasion. Barroso was also ordered to pay a criminal forfeiture money judgment in the amount of $238,177 to Oklahoma Central Credit Union (OCCU) and restitution in the amount of $57,360 to the Internal Revenue Service. At the time of the scheme, Barroso worked as a commercial services manager for OCCU where her duties included marketing and servicing commercial loans. According to court documents, from July 2, 2009 to March 19, 2012, Barroso fabricated at least three false loans in the name of nominee entities and individuals without the knowledge and authorization of the purported borrower. Barroso used the proceeds of these loans for her own personal benefit, including making ATM withdrawals at various casinos. To further the scheme, Barroso used some of the money to make payments on prior loans. In addition, during the 2010 calendar year, Barroso willfully evaded a large part of her income tax by failing to report to the IRS a total of $152,098, which was the money she fraudulently obtained from the scheme.

**Missouri Man Sentenced in Multi-Million Dollar Mortgage Fraud Scheme**
On July 30, 2014, in Springfield, Missouri, Eric Gagnepain, of Nixa, was sentenced to 48 months in prison and ordered to pay $2,911,214 in restitution. Gagnepain pleaded guilty on Jan. 9, 2014, to conspiracy to commit bank fraud. According to court documents, Gagnepain co-owned and operated Greenleaf Companies and all of its subsidiaries, along with Scott Dasal, of Republic, Mo., from 2006 through May 2008. During this time, Greenleaf sponsored real estate investment seminars that were designed to recruit potential investors to apply for mortgage loans for the construction and sale of residential homes. Gagnepain aided and abetted others in the creation and submission of fraudulent mortgage loan documents. These mortgage loan documents contained false statements regarding the true source of monies provided at the time of closing, as well as fraudulently omitting the payment of monies obtained from the sale of the real estate properties. Gagnepain derived more than $1 million in gross receipts from his criminal conduct. The total loss amount resulting from the bank fraud conspiracy is between $2.5 million and $7 million. Dasal was sentenced on Nov. 21, 2013, to 36 months in prison and ordered to pay $2,911,209 in restitution.

**Maine Woman Sentenced for Bank Embezzlement and Tax Fraud**
On July 22, 2014, in Bangor, Maine, Lynn M. Bowden, of Bucksport, was sentenced to 97 months in prison, five years of supervised release and ordered to pay $3,822,166 in restitution. On Feb. 19, 2014, Bowden pleaded guilty to embezzlement and tax fraud. According to court documents, in October 2012, she was working as a wealth management officer at a bank managing over 200 trust and investment management accounts when her embezzlement was discovered. From April 4, 2005 to Sept. 26, 2012, Bowden embezzled $2,990,429 from client accounts that she managed by transferring the funds into her personal accounts. She used all of the money for herself and family members. Bowden failed to report this income to the IRS for the period from 2007 to 2011. On Oct. 26, 2012, the bank terminated her employment, and ultimately reimbursed customers for their losses.

**Co-Conspirators Sentenced for Roles in Advance-Fee Scheme**
On July 17, 2014, in Boston, Massachusetts, John Condo, formerly of Clearwater, Florida, was sentenced to 90 months in prison and three years of supervised release. Condo previously pleaded guilty to conspiracy to commit wire fraud and 14 counts of wire fraud. According to court documents, between 2007 and 2011, Condo and co-conspirators, Frank Barecich, Michael Zanetti and Evripides Georgiadis, participated in a conspiracy to defraud developers who were seeking financing for large-scale alternative energy and commercial projects by pretending to be representatives of a multi-billion dollar fund located in Luxembourg. The co-conspirators convinced developers to give deposits in amounts between $300,000 and $1 million to this fake fund with the promise that the deposit would be fully refundable. The co-conspirators spent the developers' deposit money, and the fake fund never financed any projects. In perpetrating this scheme, the co-conspirators continually reassured developers about the safety of their deposits even as the deposits were being spent. Through the scheme, over $7 million was stolen from victims. Those previously sentenced include:
• Michael Zanetti – sentenced to 37 months in prison and three years of supervised release.
• Frank Barecich - sentenced to 12 months in prison and three years of supervised release.
Evripides Georgiadis is awaiting sentencing.

**Fourth Florida Resident Sentenced in $1.5 Million Bank Fraud Scheme**
On July 16, 2014, in Miami, Florida, Eduardo Hernandez, Jr., of Miami, was sentenced to 60 months in prison, five years supervised release and ordered to pay joint and several restitution of $1,331,421. Hernandez was the fourth defendant sentenced for his role in defrauding federally insured financial institutions. Previously sentenced include:

• Jose Arias, of Miami, was sentenced to 42 months in prison, five years of supervised release and ordered to pay joint and several restitution of $332,020;
• Alexander Orriols, of Miami Beach, was sentenced to 34 months in prison, five years of supervised

release and ordered to pay joint and several restitution of $614,499;
• Milena Hernandez, of Miami, was sentenced to 18 months in prison, three years of supervised release and ordered to pay joint and several restitution of $529,705.

All of the defendants pleaded guilty to one count of conspiracy to commit bank fraud. According to court documents, the defendants recruited individuals to apply for loans from financial institutions for the purchase of boats from the boat manufacturing companies owned by the conspirators. The conspirators furnished the recruited loan applicants with fraudulent bills of sale that falsely showed that the borrowers had made substantial down payments or deposits to the boat manufacturing companies for the purchase of boats. In many instances, the boats for which the loan applicants were seeking loans did not exist. The conspirators created false financial documents which falsely enhanced the credit worthiness of the loan applicants. The financial institutions granted boat loans to the borrowers that the financial institutions would not have granted had they not received the false documents.

## Former Maine Resident Sentenced for Bank Fraud and Tax Evasion

On June 26, 2014, in Portland, Maine, Walter Scott Fox, formerly of Cumberland, and now of Canton, Georgia, was sentenced to 120 months in prison, three years of supervised release and ordered to pay over $9,500,000 in restitution. Fox pleaded guilty on Feb. 4, 2014 to bank fraud and tax evasion. According to court documents, from 1995 until 2011, Fox used his position as a bank loan officer to originate or authorize over $14,000,000 in fraudulent loans and lines of credit using the identities of four real individuals, without their knowledge or consent. He used over $5,800,000 of the fraudulent proceeds to keep the loans current and prevent the detection of his scheme. He used almost $8,200,000 for personal expenses including to pay for his children's educations and family vacations, and to support his business, "The Boathouse." Fox failed to report receiving any of this income
to the IRS.

## Wisconsin Man Sentenced in Mortgage Fraud Scheme

On June 25, 2014, in Milwaukee, Wisconsin, Billy Cannon, Sr. was sentenced to 48 months in prison for wire fraud and money laundering. His incarceration will be concurrent to a 16 year sentence he received earlier this year in state court for drug and firearm offenses. According to court documents, from at least June 2006 through July 2007, Cannon worked as a mortgage broker and used straw buyers to fraudulently obtain mortgages for numerous properties. Loan applications submitted to lenders by Cannon contained material misrepresentations which made the straw buyers more appealing candidates for a mortgage. The straw buyers almost uniformly defaulted on the loans. In all, nearly a million dollars was lost by lenders as a result of the scheme. Cannon has been ordered to pay restitution to the lenders for the losses incurred.

## Washington State Man Sentenced for Participation in a Mortgage Fraud Scheme

On June 6, 2014, in Seattle, Washington, William Beard was sentenced to 16 months in prison, three years of supervised release and ordered to pay $1,343,618 in restitution to the IRS and victim banks. Beard pleaded guilty in February 2014 to evading taxes on his 2005 tax return by failing to report as income the proceeds of a mortgage-elimination scheme. According to court documents, after falling behind on his mortgage payments for his Los Angeles home in 2005, Beard enrolled in a mortgage-elimination program. That scheme, run by Jeff McGrue, Ronald Morgan, and another defendant, involved a series of false documents, including a fraudulent Full Reconveyance purportedly authorized by the lender that was instead signed by Beard's two roommates. The purpose of the Reconveyance was to make it appear as if Beard had paid off his mortgage. In June 2005, the co-schemer obtained an $800,000 loan and purchased Beard's Los Angeles home. Beard caused a payoff demand to be sent from McGrue's company, North West Capital, for the false loan. Based on that payoff demand, the escrow company sent $800,000 to North West Capital's bank account in Washington. No proceeds were paid to the true holder of the mortgage lien because the title company did recognize the Reconveyance and treated the true mortgage lien as having been

Case 8:15-cr-00060-DOC Document 209-4 Filed 09/20/16 Page 4 of 30 Page ID #:2145

satisfied. The $800,000 was divided among the co-schemers with Beard receiving $400,000. Beard filed his 2005 tax return failing to report the $400,000 of scheme proceeds, causing a tax loss to the government of at least $117,905. In addition, Beard participated in a second mortgage-elimination scheme and received just over $40,000, again failing to report the proceeds of the scheme as income on his individual income tax return. In 2011, Jeff McGrue, the mastermind of the scheme that involved duping 300 homeowners to pay thousands of dollars for mortgage elimination, was sentenced to 300 months in prison. Gerald Guidry and Ronald Morgan were sentenced to 36 months and 33 months in prison, respectively.

## Real Estate Broker Sentenced for Role in Mortgage Fraud Scheme

On May 21, 2014, in Raleigh, North Carolina, Mark Henry Tkac was sentenced to 42 months in prison, five years of supervised release and ordered to pay $1,612,612 in restitution. On May 24, 2012, Tkac pleaded guilty to conspiracy to commit mail, wire, and bank fraud. Between August 2006 and May 2008, Tkac was a licensed real estate broker who worked in the Wake County area. Tkac participated with others, including developer David Lewis Johnson, developer Arthur Lee Barnes, mortgage broker Mark Thomas Bowe, and attorney Jeffrey Scott Taggart, in a real estate flipping scheme which defrauded various banks and lenders. Johnson, Barnes, Taggart, and Bowe were previously sentenced to prison for their roles in the scheme. Tkac participated in the conspiracy first by acting as a straw buyer, and later recruiting others to serve as straw buyers for Johnson and Barnes. Tkac, Johnson, and Barnes arranged for straw buyers to execute a contract to purchase a home for an inflated price. Tkac, Johnson, and Barnes then directed the straw buyers to attorney Taggart to close the transactions. Taggart prepared false HUD-1 settlement statements for execution by the straw buyers as a part of the real estate closing and loan funding process. Taggart then caused the false HUD-1 settlement statements to be transmitted via mail and wire to banks and mortgage lenders, including FDIC regulated financial institutions, under the pretense that they reflected the economic truth of the underlying transaction. However, the HUD-1 settlement statements prepared by Taggart as a part of the scheme routinely contained false statements that were material to the lenders' funding decisions including the existence and degree of the buyer's down payment, as well as kickbacks to the buyers and other conspirators. Tkac and other conspirators generally received several thousand dollars in kickbacks from each fraudulent transaction closed by Taggart. Ultimately, borrowers defaulted on many of the transactions brokered by Tkac, resulting in substantial losses to various banks and lenders.

## California Woman Sentenced for Mortgage Fraud Scheme

On May 14, 2014, Pensacola, Florida, Andrea Lorraine Avery, of Los Angeles, California, was sentenced to 84 months in prison and ordered to pay $10,323,369 in restitution to the FDIC as Receiver for Washington Mutual, GMAC Mortgage, SunTrust Mortgage, Wells Fargo Bank, USBank, and others. Avery pleaded guilty in December 2013 to conspiracy to commit fraud, mail fraud affecting a financial institution, and conspiracy to commit money laundering. According to court documents, beginning in 2005 and continuing through 2008, Avery and others entered into contracts to purchase 24 residences located in Florida, Georgia, Louisiana, Texas, and California. Thereafter, fraudulent loan applications were submitted to financial institutions to fund the purchases.  In the loan applications, Avery and other borrowers made false statements to the lenders, which included providing false names and social security numbers; overstating the borrower's income and assets; and falsely stating the earnest money deposit was not borrowed.  In support of the loans, Avery and other borrowers submitted fraudulent supporting documents to the lenders. Approximately $16 million in loans were issued by the lenders in connection with the fraudulent scheme. Avery and her company received more than $3.5 million in kickbacks as a result of the scheme.

## Real Estate Agent and Others Sentenced in Mortgage Fraud Scheme

On May 12, 2014, in Kansas City, Missouri, Leann Raejeana Turner, of Blue Springs, was sentenced to 36 months in prison and ordered to pay $4,912,040 in restitution. Turner pleaded guilty on May 30, 2012 to one count of conspiracy to commit wire fraud and one count of money laundering. Turner is

one of nine defendants who participated in an $11 million mortgage fraud scheme from early 2005 to Aug. 4, 2006. According to court documents, Turner was a real estate agent working for a series of real estate companies. Mortgage lenders made loans of approximately $11,092,886 on 16 residential properties in Missouri. From that total, buyers received approximately $2,006,845 from the loan proceeds in illegal secret kickbacks. The scheme resulted in a financial loss to mortgage lenders of nearly $5 million. The scheme involved buying and selling homes at inflated prices, obtaining mortgage loans at the inflated prices, then kicking back $100,000 of the excess loan proceeds to each of the home buyers without the lenders' knowledge. Carole L. Colson, a real estate agent, was sentenced to five years of probation, including six months of house arrest, and ordered to pay $2,291,110 in restitution. Bruce Q. Williams, a loan officer, was sentenced to 12 months and one day in prison and ordered to pay $3,443,123 in restitution. Anthony E. Hicks, a loan officer, was sentenced to 10 months in prison and ordered to pay $953,958 in restitution. Linda Joyce Henry Johnson, of Corona, California, was sentenced to five years of probation, including six months of house arrest, and ordered to pay $228,744 in restitution. Several others in this scheme await sentencing.

**Louisiana Man Sentenced for Bank Fraud, Money Laundering and Wire Fraud**
On May 1, 2014, in New Orleans, Louisiana, Glen McInerney, of Meraux, was sentenced to 41 months in prison, three years of supervised release, and ordered to pay $845,083 in restitution to the three victims of his crimes. McInerney previously pleaded guilty to two counts of bank fraud, one count of money laundering and one count of wire fraud. According to court documents, McInerney owned and operated GM Motors and Used Cars (GM Motors). Between May 2, 2009, and June 20, 2009, McInerney wrote checks to straw payees to cash the checks and return the cash to him so that he could deposit portions of the proceeds back into the business bank account. McInerney timed the cash deposits to occur prior to account debits, which lead to the straw payees cashing checks that he knew would ultimately bounce. In total, McInerney wrote 288 such checks, resulting in a loss to the bank of approximately $17,000. Separately, between Dec. 29, 2008, and Jan. 7, 2009, McInerney also defrauded Gulf Coast Bank & Trust by negotiating six checks purportedly drawn on funds from a bank account at Twin City Federal National Bank in Minneapolis, Minnesota. McInerney knew that the Twin City Federal National Bank account had been closed since July 30, 2007, that the account belonged to someone other than himself and he no longer had authority or control over the account.  These actions caused a loss to Gulf Coast Bank & Trust of approximately $28,083. Finally, between Jan. 3, 2007, and Dec. 15, 2008, McInerney defrauded an individual who had provided him with collateral for a short-term business loan by falsely representing that he had purchased used trailers from the Federal Emergency Management Agency that he intended to resell, when, in fact, he did not purchase such trailers. McInerney's fraudulent misrepresentations caused the individual who loaned him the money to suffer losses of approximately $800,000.

**California Man Sentenced for Mortgage Fraud Scheme**
On April 22, 2014, in Sacramento, Calif., Johnny Eugene Grivette, Jr., of Magalia, was sentenced to 54 months in prison for his participation in a mortgage fraud scheme. Grivette pleaded guilty on July 10, 2012, to conspiracy to commit mail fraud and money laundering. According to the plea agreement, Grivette was manager of Advantage Financial Partners (AFP) of California, a company that bought residential properties at market prices and then sold them to straw buyers who were investors in a purported investment program. Once AFP bought the properties, it paid commissions to an appraiser who would appraise them for significantly higher than the true market value. This allowed the homes to be financed for the straw buyers at loan-to-value ratios significantly higher than the limits lenders authorized. If the straw buyers had to make down payments on the properties sold by AFP, the money was quickly reimbursed to them by AFP without the lenders' knowledge.

**Florida Woman Sentenced for Role in Real Estate Investment Scheme**
On April 11, 2014, in Hartford, Conn., Loretta Seneca, of Boynton Beach, Fla., was sentenced to 27 months in prison, three years of supervised release (the first six months to be served in home

confinement) and ordered to pay $5 million in restitution. On Feb. 25, 2013, Seneca pleaded guilty to one count of conspiracy and one count of wire fraud. According to court documents, between approximately November 2006 and December 2007, Robert Rivernider, Robert Ponte and Seneca engaged in a real estate investment conspiracy that defrauded both lenders and individuals they recruited.  As part of the scheme, Rivernider, Ponte and others recruited victim borrowers to take out financing to purchase various investment properties with financing from victim lenders. The co-conspirators made false representations to the victim borrowers that Rivernider and Ponte would arrange for the purchase of the properties by the borrowers at markedly discounted values, instead, the purchase price of the properties were frequently marked up, often by as much as 25 percent. Rivernider, Ponte and others also falsely represented that the investment properties would return to the victim borrowers sufficient monies to cover the carrying costs, as well as reduce the borrowers' other debt burden. Rivernider, Ponte, Seneca and others victimized lenders by making multiple false representations in loan applications and other documents provided to the victim lenders. Seneca, a trained mortgage broker, was actively involved in the real estate transactions, including organizing and gathering many of the materials and performing a range of other background tasks necessary for the lenders to make the loans. This scheme involved at least 100 properties, and the victim lending institutions suffered more than $21 million in losses. Rivernider and Ponte pleaded guilty to multiple charges stemming from both this scheme and a separate scheme that defrauded investors out of approximately $2.2 million.  They are currently serving prison terms of 144 months and 90 months, respectively.

**Former Massachusetts Attorney Sentenced for Mortgage Fraud**
On April 9, 2014, in Boston, Mass., Charles R. Sammon, of West Pittston, Pa., was sentenced to 33 months in prison, three years of supervised release and ordered to pay $977,042 in restitution to defrauded lenders. In November 2013, Sammon pleaded guilty to wire fraud, mail fraud and unlawful monetary transactions. According to court documents, Sammon, a former attorney practicing in Boston, participated in at least 13 fraudulent real estate transactions involving triple-decker apartment buildings in various sections of Boston. For eight of those transactions, Sammon served as the real estate closing attorney representing the mortgage lender. For the other five, Sammon participated as the seller of real property himself. The basic scheme involved recruiting people to buy properties by promising to pay them as much as $40,000 per transaction, which was not disclosed to the lenders. Many of the buyers were also promised that the seller would pay the mortgage for upwards of a year. Also central to the scheme was telling the lenders that each borrower intended to occupy the property as their primary residence, which was not true. Many of the payments to buyers were made directly from Sammon's law firm bank account on transactions for which he was the closing attorney, but he failed to disclose those payments to the mortgage lenders that he represented. Sammon also received some of the loan proceeds in addition to his legal fees for doing so, which was also not disclosed to the lender. In one transaction, he received more than $50,000. Each of the loans given for these 13 transactions went into default, usually 12-18 months after the transaction, and all the properties were sold at foreclosure or through a short sale, resulting in combined losses to the lenders of more than $2.5 million.

**Former Bank President Sentenced for Bank Fraud and Money Laundering**
On April 1, 2014, in Springfield, Mo., Matthew D. Spillman, a former bank president, was sentenced to 30 months in prison and ordered to pay $413,904 in restitution. On Oct. 11, 2013, Spillman pleaded guilty to bank fraud and money laundering. According to court documents, Spillman caused the bank to grant loans in nominee names, and kept the loan proceeds for himself. He also added debt to loans without the borrowers' knowledge, and converted the additional funds to his own use. He advanced funds on bank customers' lines of credit, and converted those funds to his own use. Spillman used a bank credit card for personal expenses. He embezzled and converted to his own use loan payments made by bank customers. Spillman also caused the bank to issue cashier's checks without depositing funds to cover those checks.

**Former Mortgage Broker Sentenced for Role in Mortgage Fraud Scheme**

On March 31, 2014, in Raleigh, N.C., Mark Thomas Bowe, Jr., of Jonesboro, Ga., was sentenced to a 42 months in prison, five years of supervised release and ordered to pay $604,550 in restitution. On Aug. 26, 2013, Bowe pleaded guilty to conspiracy to commit bank and wire fraud. According to the indictment, between 2003 and 2008, Bowe, a licensed mortgage broker, participated with others in a real estate flipping scheme which defrauded various banks and lenders. Bowe participated in the scheme by, among other things, falsifying various aspects of loan applications that were submitted to banks and lenders to qualify buyers for mortgages related to properties sold by a co-defendants real estate company. Bowe falsified the amount and source of the borrower's income and assets, the existing debts of the borrower, and the borrower's intent to occupy the property as a primary residence. In some instances, Bowe completed loan applications which falsely represented that the information contained within the application had been obtained from a telephonic interview when, in truth and fact, the borrower never spoke to him in a telephonic interview or provided the information in the loan application. The scheme further promoted by deceiving lenders into believing that some borrowers held assets at an investment company, known as Mutual Southern Investments. Bowe and another conspirator supplied false verifications of deposit and false account statements purporting to show that borrowers held, in some instances, millions of dollars in assets, when in truth and fact, Mutual Southern Investments did not exist and the assets and asset statements were entirely fictitious. Bowe and other participants in the scheme benefited by receiving kickbacks or payments out of the loan proceeds at the time of the loan closing. Ultimately, the borrowers defaulted on the loans brokered by Bowe, resulting in substantial losses to various banks and lenders.

**Two Sentenced in Mortgage Fraud Scheme**

On March 24, 2014, in Pensacola, Fla., Jason Andrew Vitulano, of West Palm Beach, Fla. and Marc A. Gross, of Boca Raton, Fla. were sentenced for their roles in a mortgage fraud scheme. Vitulano was sentenced to 77 months in prison and ordered to pay $4,047,140 in restitution and a $1,404,447 monetary judgment. Gross was sentenced to five years of probation and ordered to pay $3,507,187 in restitution and to forfeited his personal residence valued at approximately $340,000 and his retirement accounts valued at approximately $253,000. In August 2013, both Vitulano and Gross pleaded guilty to several counts that included: conspiracy to commit mail fraud and wire fraud, mail fraud, and conspiracy to commit money laundering. Gross also pleaded guilty to making false statements to a federal agent and perjury. According to court documents, between June 2007 and February 2008, they were involved in the purchase of six town homes in Temple Terrace, Florida, and two homes in Santa Rosa Beach, Florida. All purchases were in the names of straw buyers. In order to finance each of these purchases, Vitulano and Gross caused loan applications containing false information to be submitted to various mortgage lenders and financial institutions. The false information included fraudulent employers and an overstatement of income and assets.  The fraudulently obtained loans were foreclosed upon causing harm to the lenders.

**Former City Councilwoman Sentenced for Bank Fraud and Money Laundering**

On March 11, 2014, in Birmingham, Ala., Bonny Jean Carter, former Childersburg City Councilwoman, was sentenced to 33 months in prison and ordered to pay $37,200 to a bank and $949,287 to its insurance company, Zurich Financial and Security. Carter pleaded guilty in December 2013 to one count each of bank fraud and money laundering. According to court documents, Carter worked as an account clerk at the Sylacauga branch of a bank. In that position, between June 2004 and March 2013, she embezzled from the bank by converting money to personal savings accounts. Carter recorded journal entries to transfer money from various bank general ledger accounts into personal accounts held in her daughter's name. She also skimmed amounts from checks made payable to the bank by depositing the funds into those personal accounts. Additionally, Carter issued debit transactions from the bank's operating expense account to pay personal debts she owed.

**Defendant Sentenced in Mortgage Fraud Scheme**

On March 4, 2014, in Denver, Colo., Dale Johnson was sentenced to 34 months in prison and three years of supervised release. Johnson pleaded guilty on Sept. 10, 2013 to wire fraud and money laundering. According to court documents, in early 2006, Johnson was the president and chief executive officer of a business group based out of Culver City, Calif., called Synergy. Johnson began to present Synergy members with a number of properties available for purchase in Colorado. Johnson and other Synergy members traveled to Colorado where they started purchasing multiple residential properties. The homes were typically purchased in the individual member's own name, using the member's personal credit history to qualify for the purchases. As part of the scheme, Synergy members submitted "uniform residential loan applications" to lenders in connection with qualifying for home loans. In a number of loan applications, Synergy members and other buyers provided, or assisted in providing, materially false statements, representations, and omissions to real estate lenders, or the lenders' agents. False information included income, assets, debts, employment history and/or intent to occupy the home as a primary residence. Furthermore, a portion of lender funds from home purchases were paid to Synergy members as "kickbacks." Such kickbacks were often concealed from lenders through a series of false statements and material omissions made in connection with closings for properties or in connection with the loan documents submitted to the lenders. To further conceal the kickbacks from lenders, they routed payments through third parties posing as property management companies.

**Arizona Man Sentenced for Role in Mortgage Fraud Scheme**

On Feb. 27, 2014, in Tucson, Ariz., Mariano Vincente Cano was sentenced to 14 months in prison, three years of supervised release and ordered to pay $350,140 in restitution. Cano pleaded guilty on Nov. 8, 2013 to one count of conspiracy to commit wire fraud. According to court documents, from late 2006 through early 2007, Cano and others recruited or assisted in recruiting straw buyers to purchase real estate in Arizona. As part of the loan approval process, Cano and others submitted fraudulent loan applications or other documents to various lenders in order to qualify the straw buyers for financing. Relying on the fraudulent loan applications, the lenders funded each of the loans. Portions of the fraudulently obtained loan proceeds were generally converted by Cano and others into cash, money orders or deposited into bank accounts controlled by a co-conspirator. Each of the properties charged in the indictment went into foreclosure because of the failure to make payments on the loans. The estimated loss relating to four mortgage fraud properties was approximately $745,942.

**Colorado Man Sentenced in Mortgage Fraud Scheme**

On Feb. 11, 2013 in Denver, Colo., Roger Keith Howard was sentenced to 108 months in prison and three years of supervised release. Howard pleaded guilty in June 2013 to three counts of wire fraud and one count of money laundering. According to court documents, in 2006 and 2007, Howard devised and participated in three similar but separate mortgage fraud schemes. Howard operated under the business names of Spring Creek Mortgage Real Estate Services and Open Range Development LLC. Howard's co-defendant Oai Quang Luong worked for a company that processed mortgage loan applications on behalf of potential home buyers. In August 2006, Howard asked Luong to obtain the $250,000, and Luong did so, using funds loaned by another individual. Howard persuaded seventeen individuals, his so-called investors, to purchase the town homes at a development known as Oliveglen Villas in Aurora, Colo. Howard arranged for the individuals to obtain the mortgage loans by causing the applications to include false or misleading information or omit material information. As part of the mortgage application process, a borrower obtained from his or her bank a form known as a Request for Verification of Deposit (VOD), which verified the balance of an account. In this case, VODs were misleading because Howard and others working at his direction arranged for bank account balances to be inflated temporarily by depositing money into the accounts and, after the balances were verified and the VODs were completed, the money was withdrawn. All of the town-home sales prices were supported by appraisals, most of which were done by an associate of Howard's which he told the appraiser the amount he wanted. For each

closing, the closing agent prepared a settlement statement, reflecting that the disbursements of loan proceeds included a payment "from Seller's Funds at Settlement" to Open Range Development. These payments were the "service fees" mentioned in the contract with the developer; they ranged from $85,700 to $117,204.  After the closings, Howard used some of that money to make payments to all but one of the buyers, but those payments were not disclosed to the lenders or their underwriters. Howard for a time wrote checks payable to the borrowers to cover the differences between rental incomes and mortgage payments, but he stopped doing so on April 19, 2007. A few borrowers thereafter used their own money to make mortgage payments, but eventually all of the mortgages went into default and the lenders foreclosed. At that point, there were about twelve different lenders holding the mortgages on the town homes, and they lost approximately $7,609,729. Luong was sentenced in August 2013 to 18 months in prison.

**New York Couple Sentenced for Involvement in Mortgage Fraud Scheme**
On January 28, 2014, in Hartford, Conn., Winston Shillingford, of Nesconset, N.Y., was sentenced to 48 months in prison and three years of supervised release. His wife, Marleen Shillingford, also of Nesconset, was sentenced to 36 months in prison and three years of supervised release. In October 2011, Winston and Marleen Shillingford each pleaded guilty to one count of conspiracy to commit wire fraud and one count of conspiracy to commit money laundering.  According to court documents, the Shillingfords were involved in the operation of Waikele Properties Corp., a real estate company with offices in Connecticut and New York. From approximately 2001 to August 2011, the Shillingfords and others conspired to obtain fraudulent mortgages for the purchase of more than 40 multi-family properties. As part of the scheme, the Shillingfords and their co-conspirators purchased existing multi-family houses, and vacant parcels of land and erected new houses on them to sell.  The co-conspirators recruited individuals to purchase the properties, acted as the buyers' real estate agent and assisted the buyers in applying for residential mortgage loans to purchase the houses. They then prepared loan applications for the buyers that included fraudulent information concerning, among other things, the buyers' employment, income, assets and liabilities, previous property ownership and intention to make the properties their primary residences. They also provided fraudulent supporting documentation with the loan applications, including false letters from fictitious employers, false earnings statements and fraudulent bank records. After the loans were approved, the illicit proceeds of the scheme were wired into the Waikele Properties bank account and then transferred to members of the conspiracy.  Some of the proceeds also were used to continue the mortgage fraud scheme. The parties have agreed that victim financial institutions suffered losses of between $2.5 million and $7 million as a result of this scheme.

**Woman Sentenced in Connection with Mortgage Fraud Investigation**
On January 27, 2014, in Raleigh, N.C., Liliana Delia Deiac, of Jamaica, N.Y., was sentenced to 18 months in prison, three years of supervised release and ordered to pay $674,856 in restitution to a bank. Deiac pleaded guilty on August 6, 2013 to making material false statements. According to court documents, on May 18, 2010, Deiac was questioned by special agents with the IRS and the FBI investigating a fraudulent property flipping scheme. Deiac was questioned because evidence showed that she was involved in the purchase of a $2 million property in Raleigh using her husband's name and credit, and without the husband's knowledge or consent. Participants in the scheme failed to make mortgage payments on the property, resulting in foreclosure and losses to a bank. When questioned, Deiac lied about the circumstances of her involvement in the transaction. The investigation established that Deiac participated in the transaction based upon promises of cash kickbacks from others who orchestrated the deal.

**Former Builder Sentenced for Fraud and Theft of His Ex-Wife's Identity**
On January 14, 2014, in Pensacola, Fla., Lawrence Allen Wright, of Niceville, Fla., was sentenced to 75 months in prison and ordered to pay over $3.7 million in restitution. Wright pleaded guilty on October 2013 to conspiracy to commit bank fraud, conspiracy to commit money laundering, bank fraud, mail fraud, aggravated identity theft, and making a false statement to federally insured

financial institution. According to court documents, Wright solicited individuals to act as straw buyers to purchase unimproved lots located in Walton County, so Wright could build homes on the lots. While soliciting the straw buyers, Wright promised to make payments on the fraudulent loans and pay the earnest money deposit and closing costs for the straw buyers. Wright told the straw buyers that he would be able to sell the properties for a profit after he built homes on them and that he would then share a portion of the proceeds with the straw buyers. In addition, Wright caused another individual to sign his ex-wife's name on legal documents without his ex-wife's knowledge or permission. The legal documents included mortgage loan documents, promissory notes, and tax returns.

**Developer Sentenced for Role in Mortgage Fraud Scheme**
On January 14, 2014, in Raleigh, N.C., David Lewis Johnson, Jr., of Cary, N.C., was sentenced to a 96 months in prison, five years of supervised release and ordered to pay $2,413,605 to 11 banks and lenders who were victims of the fraud. Johnson was sentenced on conspiracy to commit mail, wire, and bank fraud. According to court records, Johnson, operating through E-Z N Homes, engaged in a real estate "flipping" scheme. Johnson and others utilized various schemes to fraudulently obtain more than 100 properties with total mortgage loans in excess of $20,000,000. The defendant used straw buyers to purchase properties in exchange for a kickback from the loan proceeds.  Johnson also fabricated investment statements to make it appear that straw buyers had, in some instances, one million dollars in assets. In fact, the straw buyers recruited by Johnson did not possess the income or assets to support the loans obtained in their names. As a result of the scheme and Johnson's conduct, banks and lenders issued loans to the conspirators in the amount of approximately $9.1 million, which resulted in $3.4 million in actual losses to the banks and lenders.

**Former Connecticut Resident Sentenced for Defrauding Banks**
On January 13, 2014, in New Haven, Conn., William Leckey, of Buffalo, N.Y., formerly of Madison, Conn., was sentenced to 29 months in prison, three years of supervised release and ordered to pay $1,709,640 in restitution to two victim financial institutions. On August 1, 2013, Leckey pleaded guilty to one count of conspiracy to commit bank fraud. According to court documents, from approximately 2002 until 2012, Leckey was the president and owner of Anchor Capital Services, Inc. (ACS), which provided financing to companies looking to purchase heavy equipment. ACS provided its customers with high interest rate leases, and funded the transactions through lines of credit it had available with various financial institutions. ACS would draw down on the lines of credit it had with these financial institutions by pledging its lease agreements and the related equipment as collateral. After each deal was funded by the financial institutions, ACS's customer would make monthly payments to ACS on the lease, and ACS would use those funds to pay down the line of credit with the bank. Leckey and others engaged in a long-running fraud scheme to obtain money from financial institutions to use as operating capital for ACS. As part of the scheme, Leckey and others made false representations to the financial institutions that ACS had entered into lease transactions with customers for specified pieces of heavy equipment when, in fact, they knew that no such lease transaction had been conducted or the transaction never transpired after the lease had been signed. As a result of these false statements, the financial institutions funded these nonexistent transactions in amounts well in excess of $100,000 on a number of occasions. As a result of this scheme, ACS received more than $1.7 million from financial institutions on its letters of credit.

**Leader of Mortgage Company Sentenced for Role in Fraud Scheme**
On December 16, 2013, in San Diego, Calif., Brian Nels Peterson, the head of a mortgage company called Terra Finance, was sentenced to 41 months in prison and ordered to pay $542,075 in restitution. According to court documents, Peterson obtained mortgage funds through deceptive means, including falsifying income on applications to qualify borrowers for loans. Peterson, who held a broker's license with the California Department of Real Estate, personally signed most of the fraudulent loan applications containing false income, employment, asset, and liability information submitted under his license number. Peterson orchestrated the fraudulent conduct of employees,

borrowers, and industry professionals as the head of Terra Finance. He recruited a cadre of loan officers, loan processors, office staff, real estate "investors" and other industry professionals to participate in his scheme, including appraisers, tax preparers, and lender representatives. These knowing participants included people who made up job titles and income figures so borrowers would appear to qualify for a loan, added borrowers to another person's bank account and then had the borrowers falsely claim the funds in the account as assets, fabricated false "verifications" of phony information in the loan applications, and prepared appraisals "to order" based on the property value Peterson sought. Borrowers used a succession of fake loan applications to purchase multiple properties that they could not afford. Peterson earned over $1 million from his fraudulent loan business through broker's fees, kickbacks from cash-out refinances, and other sources in 2006 alone. He failed to report his over $1 million income in 2006 and he evaded paying taxes by arranging to be paid in cash, and other means.

**Former Real Estate Investor Sentenced for Bank Fraud and Money Laundering**
On December 9, 2013, in Orlando, Fla., James Olivos, of Lake Mary, Fla., was sentenced to 60 months in prison and ordered to pay a $2,866,121 money judgment. Olivos pleaded guilty on September 18, 2013 to bank fraud and money laundering. According to court documents, between March 2003 and November 2007, Olivos engaged in a scheme wherein he recruited "straw purchasers" to purchase expensive homes, which they could not afford. Olivos prepared loan applications for these straw purchasers, which grossly overstated their incomes and gave false employment histories.  Additionally, these applications stated that these homes would be used as primary residences, but Olivos had actually told these buyers that the homes would be investments and that he would find renters to cover the mortgage payments.  Further, in order to increase his profits, Olivos convinced the sellers of the homes to inflate the sales prices by stating additional money would be necessary for home improvement.  Olivos would then split the proceeds of the sales with the sellers.  As a result of this fraud, Olivos caused a total loss to the lenders of approximately $3.2 million dollars.

**Ohio Woman Sentenced for Financial Crimes**
On December 5, 2013, in Akron, Ohio, Jocelyn Hale, of Cleveland, Ohio, was sentenced to 45 months in prison and ordered to pay $78,004 in restitution. Hale pleaded guilty in October 2013 to conspiracy to commit bank fraud, money laundering, conspiracy to commit wire fraud and mail fraud, and aggravated identity theft. According to her plea agreement, Hale used identities of several individuals without their authority, and assisted another defendant to defraud two banks and the Lending Club Corporation. Hale and her co-defendant funded two difference bank accounts with fraudulent checks totaling $13,027 and $6,172 and then attempted to quickly remove and launder the fraudulent proceeds. They then funded another bank account with illegally obtained funds from a fraudulently obtained Lending Club loan in the amount of $30,000. Once the illegal obtain funds were deposited, Hale and the co-defendant again quickly attempted to remove and launder those funds. Finally, Hale admitted to assisting the co-defendant to defraud the Ohio Department of Job and Family Services by filing false and fraudulent claims for unemployment benefits using a fictitious company and fictitious employees based on stolen identities.

**Connecticut Man Sentenced for Mortgage Fraud**
On November 18, 2013, in Hartford, Conn., Juan Velez, of Waterford, was sentenced to 12 months and one day in prison, five years of supervised release and ordered to pay $908,695 in restitution to four victim financial institutions. Velez was also ordered to spend the first six months of his supervised release in home confinement. On June 20, 2013, Velez pleaded guilty to one count of bank fraud for his role in a mortgage fraud scheme. According to court documents, in 2006 and 2007, Velez and others engaged in a mortgage fraud scheme involving multiple properties in New London, Conn.  As part of the scheme, Velez acquired properties from a co-defendant and other individuals and then sold the properties to another co-defendant at inflated prices using fraudulently obtained mortgage loans. When Velez sold the property to his co-defendant, the loan paperwork

contained multiple false statements, including information related to income, intention to occupy the property as a primary residence, and the amount of money provided to purchase the property. Based on these false statements, a co-defendant obtained a mortgage loan in the amount of $492,699 from the bank. Velez and others shared the profits of this and other fraudulently obtained residential mortgage loans, which totaled more than $1.2 million.

**Former Illinois Real Estate Developer Sentenced for Fraud Scheme**
On November 8, 2013, in Springfield, Ill., Shara Andrews, aka Shara Manning, of Mobile , Ala., was sentenced to 24 months in prison, five years of supervised release and ordered to pay $598,536 in restitution. According to court documents, in November 2004, Andrews purchased, on behalf of her company, a residential development property in Peoria known as the Wyndhill Estates subdivision. To finance the purchase, Andrews obtained a bank loan of $895,000.  In March 2005, Andrews obtained a second loan from the bank for $670,000 for development of the subdivision.  The two loans were later consolidated into a single loan of approximately $1,453,000, which was secured by the Wyndhill Estates Project real estate. Andrews' firm was the developer and general contractor for the project.  From August 2006 to January 2009, Andrews sold lots, ranging in price from $80,000 to $300,000, to various real estate buyers and then served as the general contractor for construction of the buyers' homes. Andrews admitted that she used the money for her personal use and for her company, rather than repaying the bank as required and ensuring clear title to the buyers.  As part of the fraud scheme, Andrews wrote a check, which she knew would bounce due to insufficient funds, to the bank for release of a mortgage, and then converted the proceeds from the lot's sale to her and her company's use.  Andrews submitted fraudulent lien waivers from subcontractors and suppliers to real estate buyers to cause the buyers to release funds to her.

**Ohio Couple Sentenced for Mortgage Fraud Schemes**
On November 6, 2013, in Columbus, Ohio, Deborah L. Kistner was sentenced to 66 months in prison, five years of supervised release and ordered to pay $9,644,601 to victims. Her husband, Mark A. Kistner, was sentenced to five years of probation, ordered to forfeit his retirement account worth about $300,000 and to pay $381,764 in restitution. Deborah Kistner pleaded guilty to three counts of conspiracy to commit bank fraud, three counts of conspiracy to commit money laundering and one count of bank fraud. Mark Kistner pleaded guilty to one count of conspiracy to commit money laundering. According to court documents, Deborah Kistner operated Premiere Title Company in Hilliard, Ohio. She deceived lenders while securing fraudulent real estate loans between July 2006 and July 2010. She conspired with others to secure inflated loans for real estate and kept the excess proceeds or used them to pay others involved in the conspiracy. Deborah Kistner intentionally failed to provide lenders with critical purchase contract language and accurate settlement statements. Deborah and Mark Kistner also schemed to defraud lenders and launder the money they received through simultaneous "short sale" closings where the lenders would agree to absorb losses on existing mortgage loans while Deborah Kistner actually sold those properties on the same day for a profit and laundered the profits through bank accounts controlled by Mark Kistner.

**Three Sentenced for Conspiracy, Insider Trading and Tax Evasion**
On November 6, 2013, in Atlanta, Ga., Douglas Ballard, Guy Mitchell and Joseph Todd Foster were sentenced for their roles in a conspiracy to commit bribery and bank fraud, insider trading and tax evasion that occurred at the now-failed Integrity Bank. Ballard was sentenced to 30 months in prison, three years of supervised release and ordered to pay $1,000,000 in restitution. Ballard pleaded guilty on July 6, 2010 to conspiracy to commit bank fraud, bribery and income tax evasion. Mitchell, of Miami, Fla., was sentenced to 60 months in prison, three years of supervised release and ordered to pay $5,661,650 in restitution. Mitchell pleaded guilty on July 1, 2013 to conspiring to commit bank fraud and bribery. Foster, of Blakely, Ga., was sentenced to three years of probation. Foster pleaded guilty on July 6, 2010 to securities fraud. According to information presented in court, Ballard, a former Executive Vice-President at the now-failed Integrity Bank, formerly headquartered in Alpharetta, Ga., received more than $200,000 in cash bribes from Mitchell, the bank's largest

borrower. At the same time in 2006, when Ballard was being bribed, he allowed Mitchell to draw more than $7 million from a loan that was supposed to be used for renovation and construction at the Casa Madrona Hotel in Sausalito, Calif., despite the fact that no renovation or construction work was done. Instead, Mitchell used the money to buy an island in the Bahamas, travel by private jet, purchase Miami Heat basketball tickets, buy fancy jewelry and expensive cars, and a mansion in Coconut Grove, Fla. Mitchell received $20 million in additional business loans from Integrity Bank after the Casa Madrona loan proceeds were exhausted, and he continued to use some of that money for personal expenses. Mitchell defaulted on the loans and Integrity Bank eventually failed. Foster was Integrity Bank's Vice President in charge of Risk Management. He sold nearly all of his Integrity stock in August 2006 based on materially adverse information about the company that was not available to the public. Specifically, Foster knew that the bank was in an increasingly precarious position because of Mitchell's financial difficulties and pending default.

**Texan Sentenced for Money Laundering and Mail Fraud**
On November 1, 2013, in Austin, Texas, Robert Andrew Perkins, aka Robert Johnson, was sentenced to 120 months in prison, three years of supervised release and ordered to pay $6,273,562 in restitution. Perkins pleaded guilty on August 2, 2013 to money laundering and mail fraud. According to court documents, on or about May 31, 2007, Perkins knowingly made a false statement to a financial institution for the purpose of influencing that institution's decision whether to grant a loan application. He represented to a bank that the home to be constructed with the loan proceeds would be his primary residence, even though he intended to sell the home rather than live in it. Perkins also falsely stated that he had cash and liquid assets worth more than $1,000,000, when in fact the value of his cash and liquid assets was less than $10,000. He further stated that he owned real property in Katy, Texas that in fact did not exist, and he stated that his total liabilities were less than $1,000,000, even though he had liabilities of approximately $5,000,000. The bank granted the loan and paid substantial loan proceeds based on Perkins' false loan application.

**Former Board of Directors Member Sentenced in Scheme Contributing to Closure of Federal Credit Union**
On October 24, 2013, in Philadelphia., Pa., Miqueas Santana was sentenced to 36 months in prison, five years of supervised release and ordered to pay $528,798 in restitution to the victim credit union. Santana previously pleaded guilty to misapplication and embezzlement and money laundering. According to court documents, between July 2009 and June 2011, Santana, with the permission and approval of the former manager of the victim credit union, Ignacio Morales, withdrew money from his accounts without depositing sufficient money into the accounts to cover the withdrawals. This resulted in deficit account balances in Santana's five personal and business savings and checking accounts of more than $500,000. Santana used this money to purchase multiple pieces of real estate throughout Philadelphia. In June 2011, the National Credit Union Association took over the operation of the victim credit union, but within two weeks, closed the credit union and liquidated its assets. The victim credit union's former manager, Ignacio Morales, has previously been sentenced to 90 months in prison on multiple counts relating to embezzlement and conspiracy to defraud the government regarding the cashing of fraudulent tax refund checks.

**Man Sentenced in Mortgage Fraud Scheme**
On October 23, 2013, in Los Angeles, Calif., Lemuel David Thornton, of Las Vegas, was sentenced to 24 months in prison and ordered to pay $232,000 in restitution to a victim bank. Thornton pleaded guilty in June 2012 to one count of conspiracy to commit wire fraud and one count of money laundering. According to his plea agreement, Thornton engaged in an illegal scheme to defraud lenders who made residential mortgage loans. In early 2006, Thornton and his co-conspirators obtained financing to purchase residential properties by preparing Uniform Residential Loan applications for lenders which contained false and misleading statements about income and employment. Thornton and his co-conspirator submitted to the escrow companies fraudulent demand letters from sham companies, directing that specified funds be disbursed to the sham

Case 8:15-cr-00060-DOC    Document 209-4    Filed 09/20/16    Page 14 of 30    Page ID #:2155

companies to be used for upgrades, construction, repairs, and landscaping for the property to be purchased. Thornton and his co-conspirator would cause the money paid to the sham third-party company at the close of escrow to be wired from the escrow company into an account over which Thornton or his co-conspirator had control. The money would then be used for a purpose other than the improvements specified in the demand letters and the term of the loan.

**Frontman in Rock Band Sentenced in Multi-Million Dollar Loan Fraud Case**
On October 21, 2013, in Santa Ana, Calif., Robert Brandon Mawhinney, the singer in a Los Angeles-based rock band called Lights Over Paris, was sentenced 84 months in prison. Mawhinney, of Anaheim, pleaded guilty on April 22, 2013, to four counts of making false statements to federally insured banks and one count of money laundering. According to court documents, Mawhinney obtained more than $11 million in credit after applying for loans by submitting phony brokerage statements that falsely showed that he had almost $8 million in assets. The phony statements were altered versions of real statements from brokerage accounts that actually contained less than $10,000. Mawhinney told bank officials that he needed the money to fund his music business and to purchase recording equipment. Mawhinney used the money from the loans to pay for travel, entertainment and a luxury tour bus that cost well over $750,000. In a related case, Mawhinney helped two associates fraudulently obtain more than $1.7 in loans for their music business. When Mawhinney defaulted on his loans, the victim banks sustained actual losses of over $8.4 million. When his associates defaulted on their loans, lending institutions suffered losses of approximately $1.75 million.

**Pennsylvania Man Sentenced for Bank Fraud and Money Laundering**
On October 18, 2013, in Pittsburgh, Pa., Peter M. Cicero, of Gibsonia, Pa., was sentenced to 54 months in prison, five years of supervised release and ordered to pay $3,632,298 in restitution to various victim companies. Cicero previously pleaded guilty to bank fraud and money laundering. According to court documents, Cicero participated in several fraud schemes. Cicero defrauded one bank in connection with the $1.8 million loan made to fund Cicero's $3.3 million purchase of certain companies associated with closing real estate transactions. Cicero defrauded that bank by overstating the true sales price of the companies, falsely representing that sources outside of the closing companies would make substantial payment toward the purchase of the companies, when, in fact, Cicero took money from the very companies that he was purchasing to fund the purchase. Cicero submitted a forged subordination agreement to the bank and received $500,000 back from the seller of the companies after the closing, which represented an overstatement of the sales price. In separate schemes, Cicero caused the submission of fraudulent loan applications and other documents to lenders to obtain loan collateralized by real estate. Cicero committed money laundering by causing a wire transfer of some of the proceeds of the mortgage fraud scheme to an account at another bank. Cicero also committed bankruptcy fraud by concealing money and jewelry in connection with his bankruptcy filings, and access device fraud by using a credit card without authorization.

Fiscal Year 2013 - Financial Institution Fraud Investigations

Fiscal Year 2015 - Financial Institution Fraud Investigations

---

Table of Contents - Financial Institution Fraud Investigations

Criminal Enforcement Home Page

*Page Last Reviewed or Updated: 23-Sep-2015*



# Examples of Financial Institution Fraud Investigations - Fiscal Year 2015

The following examples of Financial Institution Fraud Investigations are written from public record documents on file in the courts within the judicial district where the cases were prosecuted.

## Tennessee Man Sentenced for Defrauding Multiple Banks

On Sept. 28, 2015, in Knoxville, Tennessee, Ray M. Mubarak was sentenced to 57 months in prison and ordered to pay $1,993,938 in restitution to three banks and a title insurance company. In May 2015, Mubarak pleaded guilty to conducting a scheme to defraud financial institutions and engaging in an unlawful monetary transaction with fraudulently-obtained loan proceeds. According to court documents, Mubarak engaged in a scheme to defraud multiple banks into loaning him over $6 million. He submitted false tax returns and personal financial statements which grossly inflated his income and net worth in order to qualify for the loans. Mubarak also admitted to defrauding the banks by causing them to rely on a fraudulent title opinion letter and forged loan closing documents and deeds.

## Banker Sentenced for Taking more than $1 Million in Bribes

On Sept. 8, 2015, in San Diego, California, Robert Moreno, a GMAC banker, was sentenced to 37 months in prison and ordered to pay back $1,143,560 in restitution to GMAC and an additional $140,941. Moreno pleaded guilty in October 2014 to accepting more than $1 million in bribes while he worked for GMAC in return for rigging bids for secondary market mortgages in favor of his preferred customers. According to court records, between December 2011 and July 2013, Moreno used his position and influence at GMAC to ensure that his preferred customers, including San Diego businessman Israel Hechter and Woodland Hills businessman Ben Keisari, won their bids to purchase mortgage loans that were being resold by GMAC. In order to ensure Hechter's and Keisari's bids won, Moreno would alter other bids, reject bids, and erase or ignore bids from qualified competitors, so that his corrupt customers would appear to be the most qualified bidders. Moreno also provided Hechter and Keisari with "inside information" about prices and competing bids, giving them a leg up in the bidding process and ensuring that they won the most lucrative deals. In exchange, Hechter and Keisari, and others who worked for them, delivered bribe payments to Moreno totaling more than $1 million. Initially, Moreno arranged to be paid by personal check or in hand delivered cash payments in order to conceal the bribes and avoid reporting them to the IRS. Moreno never disclosed the income on his 2011 and 2012 tax returns. As the amount of the bribe payments increased, Moreno entered into sham "consulting" agreements with Hechter and Keisari, to make it appear as if the bribes were legitimate fees paid for services unrelated to Moreno's work at GMAC. Using a business bank account opened for the purpose of receiving these bogus "consulting" payments, Moreno took in $550,000 in bribes.

## Michigan Woman Sentenced for Embezzlement and Filing False Returns

On July 30, 2015, in Bay City, Michigan, Kimberly Misky, of Mt. Pleasant, was sentenced to 27 months in prison and ordered to pay restitution of $313,523 to Citizens Bank and $69,713 to the IRS. Misky pleaded guilty in April 2015 to embezzlement and filing false returns with the IRS. According to court records, Misky was the branch manager of Citizens Bank in Alpena, Michigan. Beginning in April 2010 and continuing through July 2011, Misky used her position as branch manager to open and control fictitious bank accounts. She then accessed the certificates of deposit accounts of

elderly, cognitively impaired and deceased bank customers and transferred the funds from those accounts to the fictitious accounts under her control. Later, Misky transferred the funds from the fictitious accounts to an account at another financial institution that was in her name and her daughter's name. Overall, Misky embezzled approximately $86,489 in 2010 and $222,983 in 2011. Misky failed to declare the embezzled funds on her 2010 and 2011 income tax returns.

**North Carolina Land Developer and Several Defendants Sentenced in $23 Million Bank Loan Scheme**

On June 25, 2015, in Asheville, North Carolina, Keith Vinson, of Arden, was sentenced to 216 months in prison, three years of supervised release and to pay $18,384,584 in restitution.  A federal jury convicted Vinson in October 2013 of conspiracy, bank fraud, wire fraud, and money laundering conspiracy.  Vinson was sentenced for his role in a scheme involving the development of Seven Falls, a golf course and luxury residential community in Henderson County, North Carolina. On June 2, 2015, five additional individuals were sentenced for their roles in the scheme.  Avery Ted "Buck" Cashion III, of Lake Luke, was sentenced to 36 months in prison, three years of supervised release and ordered to pay $14,266,256 in restitution. Raymond M. "Ray" Chapman, of Brevard, was sentenced to 36 months in prison, three years of supervised release and ordered to pay $14,266,256 in restitution. Thomas E. "Ted" Durham Jr., former President of the failed Pisgah Community Bank, of Fletcher, was sentenced to 30 months in prison, three years of supervised release and ordered to pay $6,237,453 in restitution. Aaron Ollis, a former licensed Real Estate Appraiser, of Arden, was sentenced to two years of probation, including 12 months and one day home detention, and ordered to pay $10,199,106 in restitution. In addition, George M. Gabler, a former Certified Public Accountant from Fletcher, was sentenced to two years of probation and fined $5,000. According to court documents, trial evidence and statements made in court, beginning in 2008, the defendants conspired and obtained money from several banks through a series of straw borrower transactions, in order to funnel monies to Vinson and his failing development of Seven Falls. To advance this scheme Vinson, Chapman, Cashion and others recruited local bank officials including George Gordon "Buddy" Greenwood and Ted Durham, who at the time were presidents of banks. When bank officials realized that they had reached their legal lending limits with respect to some of the straw borrowers, additional straw borrowers were recruited to the scheme to make additional loans. Seven Falls and another luxury residential golf development by Vinson failed, resulting in millions in property losses. In addition, two banks failed and were taken over by the FDIC. Previously, Buddy Greenwood was sentenced to 42 months in prison.

**Former Bank Executive Sentenced for Role in Conspiracy and Fraud Involving Investment Contracts**

On May 18, 2015, in Asheville, North Carolina, Phillip D. Murphy, a former Bank of America executive, was sentenced to 26 months in prison for his role in a conspiracy related to bidding for contracts for the investment of municipal bond proceeds and other municipal finance contracts. On Feb. 10, 2014, Murphy pleaded guilty to participating in multiple fraud conspiracies and schemes with various financial institutions and brokers from as early as 1998 until 2006. According to court documents, Murphy conspired with employees of Rubin/Chambers Dunhill Insurance Services Inc., also known as CDR Financial Products, a broker of municipal contracts, and others. Murphy also pleaded guilty to conspiring with others to make false entries in the reports and statements originating from his desk, which were sent to bank management. Murphy conspired with CDR and others to increase the number and profitability of investment agreements and other municipal finance contracts awarded to Bank of America. In conjunction with the bid rigging, Murphy and his co-conspirators submitted numerous intentionally false certifications that were relied upon by both municipalities and the IRS. These false certifications misrepresented that the bidding process had been conducted in a competitive manner that was in conformance with U.S. Treasury regulations. These false certifications caused municipalities to award contracts to Bank of America and other providers based on false and misleading information. The false certifications also impeded and obstructed the ability of the IRS to collect revenue owed to the U.S. Treasury.

**Former Real Estate Agent Sentenced for Mortgage Fraud Scheme**
On May 18, 2015, in Fresno, California, Arlene Jeanette Mojardin, of Bakersfield, was sentenced to 30 months in prison for conspiring to commit bank fraud, mail fraud, and wire fraud. According to court documents, from 2007 to 2010, Mojardin, a licensed real estate agent, conspired with others to use straw buyers to purchase residential properties in Bakersfield, California. They paid straw buyers to purchase properties developed by Jara Brothers Investments (JBI) and Pershing Partners LLC and funded the purchases using loans they obtained based on false and fraudulent loan applications. The loan applications contained false statements concerning the straw buyers' employment status, income, assets, intent to occupy the properties as their personal residences, and the source for the down payments for the purchase of the properties. The conspirators concealed from the lenders that the property developers funded some down payments. They submitted false supporting documentation to lenders such as false and altered bank account statements purporting to show that the straw buyers had high bank account balances, false verifications of the straw buyers' bank account funds, false verifications of rent purporting to be from the straw buyers' landlords, false pay stubs, and false verifications of employment. She was also employed at relevant times at JBI, was a property buyer from Pershing Partners on at least two of the real estate transactions in the conspiracy, and obtained loans based on false and fraudulent information. Mojardin received proceeds from the conspiracy including payments for purchasing property as a nominee buyer and payments for acting as the real estate agent on many of the other transactions in the conspiracy. Mojardin admitted she caused lenders approximately $3,713,600 in losses due to her role in the conspiracy. Co-defendant Antonio Perez-Marcial was sentenced on May 12, 2014, to 46 months in prison for his role in the conspiracy.

**Florida Businessman Sentenced for $44 Million Bank Fraud Conspiracy**
On April 13, 2015, in Orlando, Florida, Pedro "Pete" Benevides was sentenced to 108 months in prison and ordered to forfeit $44,059,565, including several bank accounts containing approximately $40 million in cash and two exotic sports cars. In addition, Benevides was also ordered to pay full restitution to the financial institutions that were the victims of his offense.  According to court documents, from about 2005 through September 2008, Benevides obtained 20 commercial and residential loans and lines of credit from several federally insured financial institutions. Benevides obtained the fraudulent loans by providing the financial institutions with documents that, among other things, contained false information concerning his income and assets or the business that he used to obtain the loans and lines of credit. Once he received the loans, Benevides used the fraudulently obtained funds for his own purposes, including paying the interest and principal on other, earlier loans that he had obtained in order to continue the fraudulent scheme, paying business expenses, paying the other co-conspirators involved in the scheme, and funding living expenses for himself and his family.

**Former Federal Credit Union Employee Sentenced for Bank Fraud and Filing False Tax Returns**
On March 25, 2015, in Valdosta, Georgia, Kelly Yawn was sentenced to 41 months in prison and ordered to pay $628,539 in restitution to the fraud victims and $139,865 to the IRS. On Jan. 6, 2015, Yawn pleaded guilty to bank fraud and filing false tax returns. According to court documents, between February 2008 and November 2011, while employed by a federal credit union Yawn accessed the credit union's computer system to prevent electronic transactions (ACH) and written share drafts from posting to her account. Using that scheme, Yawn was able to misdirect for her own benefit more than 900 share drafts and more than 1200 ACH transactions, totaling more than $499,000 that were paid from credit union funds. Yawn took additional actions to cover up the transactions so that they would not be discovered by the credit union or outside auditors by posting fraudulent deposits to credit union accounts. Yawn also filed federal income tax returns for 2008 through 2011 and failed to include the money she received from the scheme on her federal tax returns as income in those years.

**Ohio Man Sentenced for Defrauding Credit Union**
On Feb. 23, 2015, in Cleveland, Ohio, John Struna, of Concord Township, was sentenced to 43 months in prison and ordered to pay more than $2.3 million in restitution. Struna was also ordered to forfeit a restaurant he owned, a condominium in Florida and a 2014 Mazda. Struna previously pleaded guilty to one count of conspiracy to commit bank fraud, one count of bank fraud, one count of making false statements and four counts of money laundering. According to court documents, Struna defrauded the Taupa Lithuanian Credit Union, based in Cleveland, out of $2.3 million. Credit union CEO Alex Spirikaitis, former teller Michael Ruksenas and Vytas Apanavicius have previously been found guilty for their roles in conspiracies related to defrauding the credit union. Struna maintained both personal and corporate accounts at Taupa dating back to 1995. He began a conspiracy with Spirikaitis in 2002 and continued through 2013, during which time Spirikaitis caused Taupa to make approximately 46 fraudulent transfers into Struna's accounts. In 2011, Struna requested and received $112,105 from Spirikaitis for the purchase of a condominium located in Ft. Myers, Florida. At no time did Struna submit any credit applications or loan documents. The fraudulent transfers totaled approximately $2.3 million. From 2002 through 2013, Struna repaid only approximately $15,000 of the $2.3 million Spirikaitis transferred into his accounts.

**Co-Conspirators Sentenced for Bank Fraud**
On Feb. 5, 2015, in New Bern, North Carolina, Joseph Grecco, of DuBois, Pennsylvania, was sentenced to 30 months in prison and three years of supervised release. Grecco pleaded guilty on March 12, 2014 to conspiracy to commit bank fraud. On Jan. 8, 2015, Ronald Doerrer, of Kure Beach, North Carolina, was sentenced to 18 months in prison and three years of supervised release. On Aug. 8, 2014, Edward A. Yates, of Wilmington, North Carolina, was sentenced to 12 months and one day in prison and three years of supervised release. A fourth co-defendant, and leader of the conspiracy, Ronald Hayden Kotler, remains at large. According to court documents, Kotler and Doerrer operated a company, Commercial Loan Solutions (CLS) from 2006 to 2009. CLS offered its services as a broker to provide bank financing for individuals and companies, in exchange for hefty fees, ranging from 15% to 25% of the loan amount. As part of the conspiracy, Kotler and Doerrer helped clients to falsify loan applications by submitting false tax returns, and vastly inflating these individuals' business income and assets. The scheme involved obtaining money, funds, credits, and other things of value from financial institutions by providing them with materially false information and making fraudulent representations and promises. These financial institutions suffered losses in excess of $4,500,000 as a result of the scheme.

**California Man Sentenced for Role in Mortgage Fraud Scheme**
On Jan. 26, 2015, in Sacramento, California, Leonard E. Williams was sentenced to 87 months in prison.  According to evidence presented at trial, from late 2006 into 2008, Williams conspired with others to carry out a mortgage fraud scheme using his companies Diamond Hill Financial and Bay Area Real Estate Holdings. The scheme resulted in the issuance of more than $2 million in home loans, with most of the buyers ultimately defaulting. Williams and his partner Joshua Clymer recruited underqualified buyers to purchase homes with promises of cash back, no money down, and illusory equity in the homes. Williams and others assisted these home buyers in securing loans with fraudulent loan applications that contained lies about the buyers' employment, income, assets, and intent to occupy the homes as a primary residence. In most cases, the loan applications falsely stated that the buyers worked at Diamond Hill Financial. The loan applications also listed false assets and were accompanied by various forged documents, which increased the amount of the loans to the buyers, which in turn increased the profits of the fraud to Williams, Clymer, and others. The profit to Williams and Clymer varied from $5,000 to over $30,000 per transaction, with the two of them often splitting the proceeds. Clymer is scheduled to be sentenced at a later date.

**Michigan Man Sentenced for Home Mortgage Fraud Conspiracy**
On Jan. 23, 2015, in Detroit, Michigan, Wasseem Shamoun, of Northville, was sentenced to 15 months in prison, five years of supervised released and ordered to pay $394,000 in restitution to five

defrauded banks. Shamoun pleaded guilty on Aug. 12, 2014, to conspiracy to commit bank fraud. According to court documents, from approximately January 2006 to December 2008, Shamoun and his six co-defendants conspired to defraud financial lending institutions to obtain residential mortgage loans by providing fraudulent information on loan applications. The defendants devised a scheme to purchase single-family homes for approximately $5,000 to $40,000 each, and then recruited straw buyers to submit fraudulent loan applications for home mortgages substantially above the original purchase price. The loan applications falsified the straw buyers' assets, income and down payment, among other things. The straw buyers were paid fees for their participation, which were sometimes falsely disguised as "landscaping" or "construction" fees. The conspirators made a substantial profit and paid themselves commissions on the sales. Every home purchased and sold as part of the scheme went into foreclosure. Shamoun's role in the conspiracy was to sell properties to the straw buyers. He was directly responsible for a criminal loss of approximately $394,000.

**Connecticut Man Sentenced for Orchestrating Mortgage Fraud Scheme**
On Jan. 6, 2015, in Hartford, Connecticut, Filippos Milios, aka Filip Milios, of Newington, was sentenced to 97 months in prison and five years of supervised release. On Sept. 15, 2014, Milios pleaded guilty to conspiracy to commit mail and bank fraud and conspiracy to commit money laundering. According to court documents, from approximately June 2005 to July 2010, Milios and others conspired to defraud banks and mortgage lenders in obtaining dozens of mortgages for the sale of properties owned by Milios and others. The conspiracy involved the use of straw borrowers, false mortgage applications, false HUD-1 forms and fraudulent down payments in connection with the purchase of more than 50 houses. Attorney Gabriel Serrano, who served as a closing attorney for most of the fraudulent transactions, often released the seller's proceeds checks from closing to Milios before receiving the down payment, and Milios used the seller's proceeds checks to purchase the down payment check for the same transaction. Milios also failed to disclose to mortgage lenders that he paid money to borrowers, mortgage brokers, and recruiters. In addition, Serrano disbursed the fraudulently-obtained loan proceeds to the private lenders who had loaned Milios money when he originally purchased the properties. Lenders lost $5,692,813 as a result of this scheme. Milios, who is a citizen of Greece, faces immigration proceedings when he is released from prison. Serrano is awaiting sentencing.

**Colorado Man Sentenced for Role in Mortgage Fraud Scheme**
On Dec. 16, 2014, in Denver, Colorado, Peter V. Capra, of Littleton, was sentenced to 144 months in prison, three years of supervised release and ordered to pay more than $9 million in restitution. Capra was convicted on March 21, 2014, on 14 counts of wire fraud, two counts of mail fraud and 10 counts of money laundering. According to court documents and evidence presented at trial, Capra was the President of Golden Design Group, Inc. (GDG), a company that built and sold houses. Capra was also the registered agent for Distinctive Mortgages, LLC, which provided mortgages to some of the customers buying houses from GDG. From January 2005 through July 2008, Capra, along with others, defrauded several mortgage lenders through applications for residential mortgage loans and related documents associated with real estate purchases. Capra structured transactions involving GDG homes to allow buyers to receive substantial amounts of the lenders' money at the time of closing without the knowledge of the lenders. He also sold a large volume of homes to otherwise unwilling or unqualified buyers. Capra netted more than $11,000,000 as a result of his scheme. Loan applications for the buyers were submitted through several different mortgage brokers that contained materially false and fraudulent representations about the buyers' income, liabilities, source of down payment and intent to occupy the properties as their primary residences. At closing, funds ranging from $85,000 to more than $200,000 were distributed to the buyers in ways that prevented the lenders from discovering that these funds were actually going to the buyers; these funds were not disclosed in the HUD-1 closing statements or were disguised in those statements.

**Mortgage Broker Sentenced for Role in Multimillion Dollar Mortgage Fraud Scheme**
On Dec. 8, 2014, in Minneapolis, Minnesota, Alpha Rashidi Mshihiri was sentenced to 150 months in prison and five years of supervised release. Mshihiri was convicted on Feb. 20, 2014 of conspiracy to commit bank fraud, bank fraud, mail fraud and wire fraud. According to trial evidence, between 2007 and 2009, Mshihiri, who was once a licensed mortgage broker, and his co-conspirators defrauded a number of lenders for millions of dollars by recruiting straw buyers, falsifying loan applications and other documents, and inflating real estate purchase prices. Straw buyers submitted fraudulent loan applications to mortgage lenders. In support of fraudulent loan applications, Mshihiri and his co-conspirators created false documents, such as W-2 Forms, pay stubs, driver's licenses, and bank statements, which straw buyers submitted to mortgage lenders to obtain financing. In some instances, they used stolen identities to fill out loan applications. The proceeds of the loans were used to pay existing mortgages, financially benefiting Mshihiri and others. The scheme also included Mshihiri's involvement in kickbacks to GWP and Pristine Home Loans, companies he owned and operated. Every property purchased through the scheme went into foreclosure, resulting in nearly $2 million in losses to the victim lenders.

**Wisconsin Businessman Sentenced for Bank Fraud and Theft from Pension Fund**
On Dec. 3, 2014, in Madison, Wisconsin, Christian Peterson, of Madison, was sentenced to 84 months in prison following his convictions for bank fraud, money laundering and making false statements to banks. Peterson was also ordered to pay $816,168 in restitution to Greenwoods State Bank. Peterson was convicted by jury trial in May 2014. According to evidence given at the trial, between 2006-2007, Peterson committed two acts of bank fraud and made false statements to banks by lying to M&I Bank about the purpose of a wire transfer of funds taken from Maverick, Inc.'s $6.25 million business line of credit to a casino in Las Vegas, and by lying to Greenwoods State Bank in Lake Mills, Wisconsin, about the purpose of a $1.1 million loan for real estate development in Fitchburg. In addition to his convictions for bank fraud, money laundering and making false statements to banks, Peterson was convicted of stealing his former employees' 401(k) account funds and using the money to pay his former wife $7,500 in alimony and to lend himself $10,000.

**Attorney and Real Estate Developers Sentenced In Mortgage Fraud Case**
On Nov. 12, 2014, in Greenville, North Carolina, four participants in a Wilmington-area mortgage fraud scheme were sentenced to prison. Justin Lee Rooks, developer, of Loris, South Carolina, was sentenced to 30 months in prison, five years of supervised release and ordered to pay $1,766,511 in restitution. Michael Thomas Bartlett, developer, of Myrtle Beach, South Carolina, was sentenced to 24 months in prison, five years of supervised release and ordered to pay $1,333,020 in restitution. Robert Harold Melville Jr., closing attorney, of Lake Waccamaw, was sentenced to 31 months in prison, three years of supervised release and ordered to pay $1,333,020 in restitution. Anthony Michael Tew, of Conway, South Carolina was sentenced to 18 months in prison, three years of supervised release and ordered to pay $883,420 in restitution. On Dec. 11, 2012, Rooks and Bartlett pleaded guilty to conspiracy to commit mail, wire, and bank fraud. Melville pleaded guilty to conspiracy to commit bank and wire fraud. According to court documents, between May of 2004 and August of 2008, Rooks, Bartlett and others conspired to defraud banks and lenders in connection with the purchase, development, and resale of properties. The conspirators solicited individuals to allow construction loans to be obtained in their names for the benefit of the conspirators in exchange for cash. The conspirators enticed the buyers to participate in the transactions and engaged in various actions to make it appear to the banks and lenders that the buyers were qualified for the loans. Ultimately, many of the loans went into default and the banks and lenders were forced to sell the properties at a substantial loss.

**Eight Sentenced to Prison for Expansive Mortgage Fraud Scheme**
On Oct. 27, 2014, and Oct. 28, 2014, in Raleigh, North Carolina, eight defendants were sentenced to prison and collectively ordered to pay more than $10 million in forfeiture and restitution judgments for their roles in an expansive mortgage fraud scheme. Those sentenced included multiple real estate

developers, a closing attorney, two mortgage brokers and a real estate broker. Those sentenced include:

• Vincent Maldini, - 60 months in prison and ordered to pay $667,859 in restitution to 11 lenders.
• Ricky Lamont Congleton - 66 months in prison and ordered to pay $1,123,459 to the victims of his crime, and another $3,253,142 in the form of a criminal forfeiture judgment.
• Dexter Tirrell Jones - 30 months in prison and ordered to pay $1,367,129 in restitution.
• Phillip Graham Rose - 42 months in prison and ordered to pay $1,589,298 in restitution.
• Johnny Ray Peele - 30 months in prison and ordered to pay $728,244 in restitution and forfeiture.
• Dwayne Thomas Hall - 39 months in prison and ordered to pay $1,214,326 in restitution and forfeiture of $7,278,558.
• Treshell Mayo Herndon - 33 months in prison and ordered to pay $1,059,719 in restitution as well as the criminal forfeiture of several million dollars in gross criminal proceeds.
• Joseph Carl Hollis - five years of probation which included an 18 month term of house arrest, and ordered to pay $198,500.

Jones, Congleton, Rose, Maldini, Peele, Hall, and Herndon, were each charged with conspiracy to commit bank and wire fraud. Hollis was charged with conspiracy to commit mail, wire, and bank fraud. According to court documents, various developers in the scheme, unlawfully profited from the sale of properties purchased or developed by the conspirators to individual "straw buyers", who did not have the financial means to purchase the properties. Banks and other lenders were deceived into disbursing loan or issuing loans on terms they would not otherwise have authorized. Straw buyers were left accountable for loans that they did not have the financial means to repay, and banks were forced to initiate foreclosure proceedings and sell the properties at a loss. Between 2003 and 2009, the defendants' actions resulted in mortgage loan disbursements exceeding $20 million, $5 million in loan proceeds, and losses exceeding $1 million.

**Mortgage Broker Sentenced for Mortgage, Tax and Bankruptcy Frauds**
On Oct. 24, 2014, in San Diego, California, Donald V. Totten was sentenced to 30 months in prison. Totten pleaded guilty in February 2014 to four felony counts relating to his mortgage, tax, and bankruptcy frauds. According to court documents, Totten made millions at the height of the mortgage boom by marketing a variety of loan options. To deceive lenders into funding these loans, Totten and his staff routinely made up false financial information for clients so they would appear to qualify for loans which, in reality, they could not afford. From this endeavor, Totten took a hefty commission every time a loan closed. Totten also ran a separate scheme to skim inflated equity from real estate sales. Totten and others recruited investors to act as "straw" buyers in the purchase and re-sale of property. Once they acquired the properties, the buyers would transfer ownership to Totten without disclosing the transfer to the mortgage lenders. Totten and his co-conspirators used this scheme to obtain a $3.4 million oceanfront home in Lahaina, Hawaii, where the co-conspirators lived for several years without making any mortgage payments. Many of the fraudulently-obtained mortgage loans subsequently defaulted, causing mortgage lenders and secondary purchasers, to suffer significant losses as a result of the conspiracy. In addition, Totten used several of the properties to fraudulently shelter $3.4 million in taxable income from the IRS. In his tax filings, Totten claimed that he earned deferred, non-taxable gains when in fact, as he knew, the income was taxable. As a result, Totten cheated the IRS out of more than half a million dollars in unpaid taxes. In 2012, Totten filed for bankruptcy. Totten used the bankruptcy case as yet another opportunity to his shelter money, hiding nearly $100,000 in income he earned by renting out one of his fraudulently-obtained Hawaii vacation homes. Totten arranged for his associates to collect the rental income on his behalf, so that the trustee charged with control of his bankruptcy estate would not discover the money.

**Colorado Man Sentenced for Mortgage Fraud Scheme**
On Oct. 2, 2014, in Denver, Colorado, Chaval Williams, of Centennial, was sentenced to 74 months in prison, three years of supervised release and ordered to pay $766,800 in restitution. Williams pleaded guilty on May 29, 2013, to wire fraud, identity theft and money laundering. According to court documents, from March 2005, through December 2006, Williams conducted business through

his company "TCW of Denver, Inc.", during which time he arranged for or assisted buyers to obtain loans for the purchase of homes. With the assistance of others, Williams defrauded real estate lenders, particularly by fraudulently securing real estate financing for the purchase of properties, typically through the use of nominee (or "straw") home buyers. Williams provided false information to lenders and caused lenders to provide a significant portion of lender funds directly to himself or his company TCW of Denver. To make these payments appear legitimate, he presented false documents in connection with the closing of the property. He arranged for home buyers to receive kickbacks as payment for their role in purchasing a home. Williams on several occasions purchased and then resold a home to a buyer within the same day, collecting a substantial profit from the resale and would conceal from the lender the resale of the property. The total loss amount Williams caused to the functional institutions was over $2.4 million.

Fiscal Year 2016 - Financial Institution Fraud Investigations

Fiscal Year 2014 - Financial Institution Fraud Investigations

---

Table of Contents - Financial Institution Fraud Investigations

Criminal Enforcement Home Page

*Page Last Reviewed or Updated: 03-Nov-2015*



# Examples of Financial Institution Fraud Investigations - Fiscal Year 2016

The following examples of Financial Institution Fraud Investigations are written from public record documents on file in the courts within the judicial district where the cases were prosecuted.

**California Man Sentenced for Money Laundering**
On May 26, 2016, in San Jose, California, Maxito Pean was sentenced to 27 months in prison, three years of supervised release and ordered to pay $233,200 in restitution. Pean, who is from Haiti and had been residing in Florida, pleaded guilty on Feb. 24, 2016, to engaging in monetary transactions using criminally derived property. According to the plea agreement, Pean recruited others to open two bank accounts for the purpose of receiving proceeds of criminal activity. For the first account, Pean arranged for a homeless man from Florida to open a bank account in Lauderhill in the name of "Southeastern Capital Group, Inc." For the second account, Pean arranged for a person to open an account in the name of "Meade Financial Services." Pean intended to use those accounts to receive and transfer the funds in a way he hoped would not be traceable back to him. Pean admitted an unknown person fraudulently caused a bank employee in San Francisco to transfer $233,200 from a victim's bank account to one of the accounts controlled by Pean. The money was, in fact, the proceeds of wire fraud committed against the victim of an email takeover scam.

**Leader of Multi-Million Dollar Bank 'Bustout' Scheme that used Counterfeit Checks Sentenced**
On May 19, 2016, in Los Angeles, California, Jae Ho Chung was sentenced to 63 months in prison and ordered to pay nearly $2.1 million in restitution to a variety of banks. Chung pleaded guilty in October 2015 to two counts of bank fraud. According to court documents, the overall scheme involved approximately $15 million in losses, but Chung was directly involved in criminal conduct that netted him approximately $2 million. Beginning in July 2008 and continuing until October 2013, Chung conspired with Michael Yeon Cho and 13 other co-defendants to defraud banks through the bustout scheme that used counterfeit checks to inflate account balances so that withdrawals could promptly be made before the banks learned that the deposited checks were worthless. Chung created and directed others to create counterfeit checks, directed others to arrange the establishment of "shell" corporations make it appear that bank accounts were legitimate; and withdrew funds from bustout accounts and transferred the fraudulent proceeds to himself and others. Cho, who was Chung's primary co-conspirator, previously pleaded guilty and is scheduled to be sentenced at a later date. Out of the remaining 13 defendants, the charges against 12 of them have been resolved either through pre-trial diversion or through guilty pleas. Several of those defendants have been sentenced to prison terms as long as 33 months. One remaining defendant is scheduled to go on trial.

**Resident of Puerto Rico Sentenced for Bank Fraud Scheme**
On April 4, 2016, Rosa E. Castrillón-Sánchez, of Puerto Rico, was sentenced to 159 months in prison, three years of supervised release and ordered to pay $5 million in restitution to victims of her scheme. Castrillón-Sánchez pleaded guilty Dec. 13, 2013, to conspiracy to commit bank fraud and wire fraud and aggravated identity theft. According to court documents, Castrillón-Sánchez falsely represented that she was the beneficiary to a Certificate of Deposit ("CD") or trust for a large amount of money that was frozen at a local bank in Puerto Rico. Castrillón-Sánchez would request that an

individual provide her with a sum of money or take out a personal loan to assist in the releasing of the funds – with full repayment promised as soon as the CD was unfrozen. As part of the scheme, Castrillón-Sánchez and other co-conspirators used false documents to obtain some of the loans from local banks and distributed payments to individuals. From April 2005 to March 2010, Castrillón-Sánchez and her co-conspirators fraudulently induced over 90 individuals to loan her over $5,000,000 in cash. Castrillón-Sánchez's conspired with her mother, Rosa Sanchez Mercado, Jorge Rivera Izquierdo, and others to use proceeds from the fraudulent scheme. Izquierdo was sentenced for money laundering on April 27, 2015, to 42 months in prison and was ordered to pay restitution of $201,503. Co-defendants Carmen Sosa Barreto, Luis Roriguez Barreto, Limarie Amalbert Birriell, Amarilys Pagan Estrella, and Noemi Delgado were sentenced to probation. Sanchez Mercado is scheduled to be sentenced.

**Missouri Man Sentenced for Bank Fraud Related to $1.6 Million Home**
On March 24, 2016, in Springfield, Missouri, Michael R. Ussery, of Bois D'Arc, was sentenced to 24 months in prison and ordered to pay $1.3 million in restitution to the victim bank. On Oct. 30, 2015, Ussery was convicted at trial of 12 counts of bank fraud. According to court documents, in 2007, Ussery was building a $1.6 million home for himself in Bois D'Arc. A bank agreed to provide a $1.6 million construction loan to build the residence; $1.15 million was used to pay off the previous bank which had financed the construction of the residence up to that point, and the remaining $450,000 was supposed to have gone to completing the construction of the residence. When work was done on the house, Ussery was supposed to obtain an invoice and a lien waiver from the contractors and submit these documents to the bank, which would then make a disbursement of the amount owed to Ussery's personal bank account. From May 29 to June 25, 2007, a dozen false invoices and lien waivers were submitted to the bank and, as a result, the bank deposited $315,417 into Ussery's personal bank account. Ussery eventually stopped construction on the Bois D'Arc property and the bank had to foreclose on the loan. The bank took a $782,349 loss after the sale of the property with its partially finished house. The bank also paid a total of $103,257 to settle mechanic liens placed on the residence by the contractors that Ussery claimed he had paid in the false lien waivers. Ussery filed for bankruptcy relief in 2011.

**California Man Sentenced for Two Fraud Schemes**
On March 21, 2016, in San Diego, California, Karen "Kevin" Galstian, of Chatsworth, was sentenced to 100 months in prison and was ordered to pay $17 million in restitution to Verizon and more than $200,000 in restitution to Bank of America. In January 2014, Galstian pleaded guilty to bank fraud for the Bank of America scheme and in November 2015, Galstian pleaded guilty to wire fraud for the Verizon scheme. According to court documents, Galstian used his company, Toro Ride, Inc., to induce Verizon Wireless to provide the business with more than 30,000 iPhones at a substantial discount. Galstian fraudulently convinced Verizon to provide him with iPhones worth more than $19.4 million. In less than six months, Galstian generated illegal proceeds of more than $13 million by re-selling the iPhones. Toro Ride used some of the illicit proceeds derived from iPhone sales to make required monthly payments to Verizon, which enabled Galstian to continue to order thousands of additional iPhones. In the bank fraud scheme, Galstian orchestrated a conspiracy to defraud Bank of America of approximately $689,000. As part of the scheme, members of the conspiracy opened over 90 accounts at Bank of America and engaged in a series of transactions that allowed them withdraw funds before Bank of America learned that there were not sufficient funds in the target accounts to cover the withdrawals. In yet another scheme, Galstian cashed checks drawn on accounts in which fraudulently obtained tax returns had been deposited.

**Former Florida CEO Sentenced in Scheme to Defraud Investors**
On Feb. 22, 2016, in Key West, Florida, Fred Davis Clark Jr., aka Dave Clark, the former Cay Clubs Chief Executive Officer, was sentenced to 480 months in prison for his participation in a $300 million dollar vacation rental fraud scheme. In addition, forfeiture money judgments were entered against Clark that includes $303,800,000 for the bank fraud and $3,300,000 for the SEC obstruction. There

is also court-ordered forfeiture of specific overseas assets of approximately $2.6 million. Clark was convicted on Dec. 11, 2015, of three counts of bank fraud and three counts of making a false statement to a financial institution. According to court records, the scheme involved sales at Cay Clubs Resorts and Marinas (Cay Clubs), to approximately 1,400 investors. Clark also was convicted of obstruction of the U.S. Securities and Exchange Commission (SEC), in connection with the SEC's efforts to investigate his conduct related to Cay Clubs. From 2004 through 2008, Cay Clubs marketed vacation rental units for locations in Florida, Las Vegas and the Caribbean, to investors throughout the United States. Despite its promises, Cay Clubs never developed the properties but operated as a Ponzi scheme, using proceeds from sales to new investors to pay overdue obligations to earlier investors. In order to meet Cay Clubs' financial obligations and obtain funds for himself, Clark engaged in a serious of fraudulent mortgage transactions totaling more than $20 million worth of bank loans. Clark also used proceeds from the investor sales to purchase a gold mine, a coal reclamation project and a rum distillery for his personal benefit. Clark's co-conspirators Barry J. Graham, and Ricky Lynn Stokes, both of Ft. Myers, Florida, were both previously sentenced to 60 months in prison and ordered to pay restitution of $163,530,377 to numerous individual and financial institution victims.

**Pennsylvania Businessman Sentenced for Fraud Scheme**
On Feb. 11, 2016, in Pittsburgh, Pennsylvania, Joseph Nocito, Jr. of Sewickley, was sentenced to 16 months in prison, two years of supervised release and ordered to pay restitution of $1,872,935 and a fine of $25,000. Nocito was previously convicted of conspiracy to commit bank fraud and filing a false tax return. According to court documents, on July 27, 2007, Nocito purchased a property in Florida with a $2,377,000 mortgage loan from a bank. In loan documents submitted to the bank, Nocito falsely represented that the purchase price of the property was $3,000,000 and that a $600,000 cash deposit had been made toward the sales price. As part of the conspiracy, $458,350 of the mortgage loan was paid to Nocito as kickbacks, without the knowledge or approval of the bank. Nocito also filed a false tax return for calendar year 2007 reporting his total adjusted gross income as $88,269 when, in fact, his correct total adjusted gross income was $529,619.

**Pennsylvania Man Sentenced for Fraud and Tax Charges**
On Feb. 2, 2016, in Philadelphia, Pennsylvania, Chaka Fattah, Jr. was sentenced to 60 months in prison and ordered to pay $1,172,157 in restitution. On Nov. 5, 2015, Fattah, Jr. was found guilty of 22 counts of fraud and tax charges in connection with a scheme to defraud banks, the IRS and the Philadelphia School District. According to court documents, in 2005, Fattah, Jr. and an associate supplied fictitious earnings to banks to obtain numerous business lines of credit which he then used primarily for personal expenses. In 2010, Fattah, Jr. provided false information to two banks, the SBA and an SBA investigator in an attempt to settle the debts for less than what was owed. Additionally, for tax years 2005, 2006 and 2008, Fattah, Jr. filed false federal income tax returns, and in 2010, failed to pay on a timely basis federal income tax of approximately $51,141 on more than $150,000 in reported income. Finally, while Fattah, Jr. was serving as the chief operating officer of Delaware Valley High School, he submitted false expense information and inflated salary figures resulting in approximately $940,000 of fraudulently obtained payments from the school district.

**Missouri Business Owner, Son Sentenced for $5.5 Million Fraud Scheme**
On Jan. 22, 2016, in Springfield, Missouri, Bruce Swisshelm, of Battlefield, and his son, Bruce Swisshelm II, of Springfield, were sentenced in separate appearances. Swisshelm was sentenced to 12 months and one day in prison and ordered to pay $5,492,853 in restitution. Swisshelm II was sentenced to four weeks in custody and five years of probation and ordered to pay $100,000 in restitution. On July 22, 2015, Swisshelm pleaded guilty to bank fraud and money laundering; Swisshelm II pleaded guilty to misprision of a felony. According to court documents, Swisshelm was the owner of Horned Frog Deli, Inc., and Swisshelm Properties, Inc. Swisshelm II was the president of Swisshelm Properties. These corporations specialized in the restaurant industry and owned and developed commercial properties. Swisshelm submitted false financial documents to a bank to

receive four commercial loans, totaling $5,592,583, from February to June 25, 2011. Swisshelm submitted financial statements to the bank that claimed his businesses earned a net income of more than $780,000 in 2010. Tax documents submitted by Swisshelm to the IRS revealed those businesses had losses that exceeded $1.8 million in 2010. Swisshelm II became aware that financial statements submitted to the bank by his father were false but he failed to notify authorities.

## Michigan Residents  Sentenced for Mortgage Fraud Scheme

On Jan. 11 and 12, 2016, in Detroit, Michigan, five individuals were sentenced to prison for their roles in a multi-year mortgage fraud conspiracy.

• Jason Najor, of West Bloomfield Township - 16 months in prison, four years of supervised release and ordered to pay restitution of $705,900.
• Jeffrey Najor, of Wixom - 24 months in prison, four years of supervised release and ordered to pay restitution of $1,707,200.
• Suhail Hallak, of Oak Park - 15 months in prison, three years of supervised release and ordered to pay restitution of $759,804.
• Joey Murad, of Old Shelby Township - 33 months in prison, four years of supervised release and ordered to pay restitution of $188,904.
• Al Karana, of Old Sterling Heights - one day in prison, three years of supervised release to include one year of home confinement and ordered to pay restitution of $204,600.

According to court documents, between January 2006 and December 2008, the perpetrators of the scheme purchased single-family homes in Detroit for approximately $5,000 to $40,000 each and re-sold the homes to third party individuals, referred to as "straw buyers," that they recruited. The co-conspirators then caused fraudulent mortgage loan applications in the names of the straw buyers to be submitted to financial institutions. Mary Ann Paschal, Shawn Alexander Reed, Wasseem Shamoun and Peter Allen were previously sentenced for their roles in the mortgage scheme with sentencing ranging from 12 to 21 months and total restitution owed of $1,112,050.

## Property Manager Sentenced for Role in Multimillion-Dollar Mortgage Fraud

On Jan. 7, 2016, in Camden, New Jersey, Paul Watterson, of Mountainside, was sentenced to 15 months in prison and three years of supervised release. Watterson, a property manager, previously pleaded guilty to wire fraud and money laundering conspiracies. According to court documents, Watterson participated in a scheme to defraud financial institutions as part of a multimillion-dollar mortgage fraud that used phony documents and "straw buyers" to make illegal profits on over-developed condominiums in the Wildwood area. Watterson and his conspirators identified homes in Wildwood and Wildwood Crest and recruited straw buyers to purchase those properties at inflated rates. Watterson created fraudulent loan applications and obtained false supporting documents for certain straw purchasers. Watterson's conspirators took a portion of the mortgage loan proceeds then distributed portions to other members of the conspiracy. Watterson received $273,600 from five separate real estate transactions.

## Former Credit Union Manager Sentenced for Embezzlement

On Jan. 4, 2016, in Grand Rapids, Michigan, Kathryn Sue Simmerman, of Muskegon, was sentenced to 78 months in prison, two years of supervised release and ordered to pay $1.9 million in restitution. According to court documents, for more than 15 years, Simmerman embezzled $1,945,000 from her employer, a federal credit union, by removing cash from its vault and placing it in her purse. She deposited some of the cash into credit union accounts she controlled, and took the remainder of it home to spend on her own use and enjoyment. She hid her activity by manipulating the credit union's books and records.

**New York Businessman Sentenced for Making False Statements and Filing False Tax Returns**

On Dec. 22, 2015, in White Plains, New York, Selim Zherka was sentenced to 37 months in prison, ordered to forfeit $5.23 million, pay restitution of $1,276,386 and pay a $1.5 million fine. On Aug. 27, 2015, Zherka pleaded guilty to charges that he conspired to make false statements to a bank and file materially false tax returns. According to court documents, starting in December 2005, Zherka conspired with others to obtain $63.5 million in loans from a bank for the purchase of apartment house complexes in Tennessee. Zherka lied on bank documents about the purchase price of the real estate acquisition and the amount of the down payments he was making toward the purchases in question. In addition, Zherka repeatedly submitted fraudulent tax returns to the IRS that overstated depreciation expenses and understated his capital gains for the real estate holding companies in which he was a partner, thereby reducing their tax liabilities.

**Ohio Man Sentenced for Credit Union Fraud**

On Dec. 22, 2015, in Cleveland, Ohio, Gezim Selgjekaj, of Avon Lake, was sentenced to 300 months in prison and was ordered to pay $16 million in restitution. Previously, Selgjekaj was found guilty of one count of conspiracy, 15 counts of financial institution fraud, five counts of bribery and six counts of money laundering. According to court documents, Selgjekaj fraudulently obtained more than $10.6 million in loan proceeds from the St. Paul Croatian Federal Credit Union between 2003 and 2010. Selgjekaj obtained the loans by providing more than $200,000 in bribes to Anthony Raguz, the chief operating officer of the credit union. Selgjekaj is the latest of more than two dozen people convicted of crimes related to the collapse of St. Paul Croatian Federal Credit Union. The credit union was closed and then liquidated in 2010 after sustaining approximately $170 million in total losses, with approximately $72.5 million of those losses tied to individual criminal fraud schemes, making it the largest credit union failure in American history. Raguz is currently serving a 14 year prison sentence.

**California Woman Who Ran High-End Denim Jean Company Sentenced in $15 Million Bank Fraud Scheme**

On Dec. 7, 2015, in Los Angeles, California, Carolyn Marie Jones, of Corona, was sentenced to 79 months in prison and ordered to pay $15,124,100 in restitution to individual investors and Union Bank of California. Jones pleaded guilty in February to bank fraud and concealing assets in a bankruptcy proceeding. According to court documents, Jones was the chief executive officer of a high-end jean company, DDI (sometimes known as Diamond Decisions, Inc.), which sold jeans under the labels Privacywear and PRVCY Premium. Jones filed a fraudulent loan application which resulted in Union Bank issuing an $8.5 million line of credit (later increased to $15 million) to Jones in late 2008. However, Jones had filed a fraudulent loan application that used another person's social security number, bogus tax returns that had never been filed with the IRS and false financial statements for DDI that grossly overstated the company's profits. Jones defaulted on the loan and filed Chapter 11 bankruptcy. Jones lied to the bankruptcy trustee, concealed DDI assets, specifically about $120,000 that she had received from DDI customers, and spent some of the money on herself.

**Leader of Bank Fraud Conspiracy Sentenced**

On Nov. 23, 2015, in San Diego, California, Vahag Stepanyan, of Las Vegas, Nevada, was sentenced to 33 months in prison for participating in schemes to defraud a federally insured financial institution and the IRS. According to court documents, Stepanyan was a leader of a sophisticated bank fraud scheme. Stepanyan guided other co-conspirators in the creation of fictitious business entities in Nevada that were used to set up bank accounts. Stepanyan and other co-conspirators then engaged in a series of bank transactions that allowed co-conspirators to withdraw recently deposited funds from the bank accounts before the bank learned that the accounts did not have sufficient funds to cover the withdrawals. The scheme resulted in a loss of $689,000 to the bank. In a separate scheme to defraud the IRS, Stepanyan cashed checks drawn on accounts that had received fraudulent tax refunds. This scheme resulted in millions of dollars in fraudulent claims for tax refunds.

## Florida Man Sentenced for Fraudulent Short Sale of a 10-Acre Residential Property

On Nov. 18, 2015, in Miami, Florida, Jaime Olaya Marroquin, a/k/a Jaime Olaya, was sentenced to 30 months in prison and three years of supervised release for arranging a fraudulent short sale of a 10-acre residential property. A restitution hearing is scheduled. Olaya previously pleaded guilty to bank fraud and he agreed to forfeit the property involved. According to court documents, in 2005, Olaya purchased a 10-acre residential property. In 2008, he quitclaimed half of the property to AJZ Investments (AJZ), a company he controlled. To avoid having to continue making payments on the $1.6 million mortgage debt, Olaya submitted a request to the bank for a short sale on the property, while intentionally excluding the portion of the property he quitclaimed to AJZ. Based on a series of misrepresentations by Olaya, the bank approved the short sale of the property for $430,000, canceled Olaya's remaining $1.2 million debt and released the mortgages encumbering the entire 10 acres. As a result of the fraud, Olaya was successful in preventing the bank from obtaining the benefit of the approximately $421,000 value of the property that was quitclaimed to AJZ.

## Missouri Businessman Sentenced for Fraud Schemes

On Oct. 14, 2015, in Springfield, Missouri, Richard Thomas Gregg, of Springfield, was sentenced to 78 months in prison and ordered to pay $3,098,896 in restitution to the victims of his fraud schemes. On April 3, 2015, Gregg pleaded guilty to bank fraud and bankruptcy fraud. Gregg was the principal shareholder and a director of Southwest Community Bank in Springfield, which failed in May 2010. According to court documents, Gregg substantially jeopardized the soundness of that financial institution and directly contributed to the failure of the bank. Southwest Community Bank lost $679,399 on Gregg's personal line of credit and $871,125 on a commercial real estate fraud scheme perpetrated by Gregg, for a total loss of $1,550,524. Gregg also defrauded Great Southern Bank by selling the collateral securing a $2 million loan, and keeping the proceeds. As a result of Gregg's fraud, Great Southern Bank consolidated several of his outstanding loans in order to cover the missing collateral. In the end, Great Southern Bank "charged off" $2,316,264 on this consolidated loan. However, the actual value of the FBSI shares, $1,350,400, is the loss directly attributable to the fraud. While Gregg was already under indictment for bankruptcy fraud relating to the bankruptcy petition of his corporation, 1717 Market Place, LLC, he filed a personal bankruptcy petition that contained numerous false declarations and concealed fraudulent transfers of property. Additionally, some of Gregg's criminal conduct occurred while he was on bond and while he was incarcerated.

## Delaware Developer Sentenced in Bank Fraud Conspiracy Case

On Oct. 6, 2015, in Wilmington, Delaware, Salvatore Leone was sentenced to 12 months and one day in prison, three years of supervised release and ordered to pay $784,568 in restitution to the Wilmington Trust Company. On Oct. 7, 2013, Leone pleaded guilty to conspiracy to commit bank fraud. According to court documents, Leone was a project manager for and partner with a prominent developer in several limited liability companies formed for the purpose of developing real estate in or around Dover, Delaware. Between Sept. 24, 2007 and Feb. 27, 2009, Leone and others submitted, or caused to be submitted, false draw requests to Wilmington Trust Company totaling approximately $483,568,000. In addition, Leone misappropriated an escalated lease payment totaling $260,000.

Fiscal Year 2015 - Financial Institution Fraud Investigations

Fiscal Year 2014 - Financial Institution Fraud Investigations

Table of Contents - Financial Institution Fraud Investigations

Criminal Enforcement Home Page

*Page Last Reviewed or Updated: 23-Jun-2016*