FILED
CLERK, U.S. DISTRICT COURT

06-23-2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ kdu _____ DEPUTY

8:15-cr-00060-DOC-2

David Carter,

I would like to go home.
Could I have a compassionate
release?


From,

Muhanad Badawi



ICO Baqawi # 69076-112

SPRINGFIELD MO 658

20 JUN 2025    AM 3   L



RECEIVED
CLERK, U.S. DISTRICT COURT

JUN 23 2025

Santa Ana Division
Central District Of California
Ronald Reagan Federal Building
and U.S. Courthouse
411 West 4th Street
Santa Ana, CA 92701

92701-450099

PROC.